# Exhibit 1



STATE OF MAINE

OFFICE
OF THE
SECRETARY OF STATE

MATTHEW DUNLAP
SECRETARY OF STATE

17 October 2017

Mr. Andrew Kossack, Executive Director
The Presidential Advisory Commission on Election Integrity
Office of the Vice President of the United States
1600 Pennsylvania Avenue
Washington, DC  20500

Dear Mr. Kossack,

I am writing in my capacity as a member of the Presidential Advisory Commission on
Election Integrity (hereafter referred to as the Commission). I am seeking information
because I lack it; I am asking questions because I do not know the answers. I am a keen
observer of the public discourse, and it has been made manifestly clear that there is
information about this commission being created and shared among a number of parties,
though apparently not universally. Thus, I am in a position where I feel compelled to
inquire after the work of the Commission upon which I am sworn to serve, and am yet
completely uninformed as to its activities.

Under the auspices § 10(b) of the Federal Advisory Committee Act, I am requesting
copies of any and all correspondence between Commission members in the possession of
the Commission dating from the signing of the Executive Order on May 11th, 2017 until
the receipt of this request. This request includes communications between
Commissioners themselves, between Commissioners and/or staff and other Federal
agencies, communications used in the development of public documents, and any
ongoing discourse between Commissioners and staff about the development of policies
and/or policy proposals that may be offered to policymakers as either a component of any
report or under separate cover of which this Commissioner may be unaware.

I am requesting this information because since our second meeting adjourned in New
Hampshire on the 12th ultimo, I have received utterly no information or updates from
Commission staff or leadership about ongoing active research, inquiries for research
requests, documents for consideration during future meetings, or indeed any information
about whether or not the Chair has plans on convening another meeting.

Nonetheless, media inquiries continue to come forth, where journalists are requesting
comment on sundry developments concerning the Commission, but that I as a
commissioner am blind to.

If there are activities that are ongoing that would involve covert investigation or are classified, it beggars the imagination that my understanding of any activity would come by way of media inquiries. Further, in the wake of the arrest of researcher Ronald Williams II on charges of possession of child pornography, it is further frustrating to me as a Commissioner that intelligence of this development was presented to me in the form of a text message from a journalist. At this writing, there yet is a vacuum of information forthcoming about that situation or any other activity of the Commission from the leadership of the Commission or its staff.

The legal basis for my request can be found in *Cummock v. Gore*, 180 F.3d 282 (D.C. Cir. 1999).

I look forward to your response with anticipation, and remain very sincerely yours,

Matthew Dunlap
Maine Secretary of State
Member, Presidential Advisory Commission on Election Integrity