**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

November 17, 2017

Daniel S. Ruzumna
(212) 336-2034

By ECF

Hon. Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington D.C. 20001

      Re:    *Matthew Dunlap v. Presidential Advisory Commission on Election Integrity, et al.*, No. 17-cv-2361-CKK (D.D.C.)

Dear Judge Kollar-Kotelly:

      I write on behalf of Plaintiff Matthew Dunlap in response to the Court's minute order dated November 16, 2017. (Dkt. 10). My colleague Harry Sandick will participate in today's 2:30 p.m. teleconference along with Austin Evers from American Oversight.

      Respectfully submitted,

      /s/ Daniel S. Ruzumna

      Daniel S. Ruzumna