UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW DUNLAP,

    *Plaintiff*,

v.

PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,

    *Defendants.*

Civil Action No. 17-2361 (CKK)

**ORDER**
(December 22, 2017)

For the reasons stated in the accompanying Memorandum Opinion, the Court hereby:

**GRANTS-IN-PART AND DENIES-IN-PART** Plaintiff's Motion for a Preliminary Injunction, ECF No. 7.

**SO ORDERED.**

Dated: December 22, 2017

                                        /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge