**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY *et al.*,<br><br>Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

**NOTICE OF PARTICIPATION**

Pursuant to this Court's January 9, 2018, minute order, Defendants file notice that Elizabeth J. Shapiro, Carol Federighi, Kristina A. Wolfe, and Joseph E. Borson will attend the teleconference scheduled for January 10, 2018.  Ms. Shapiro will be the primary counsel speaking on behalf of the Defendants at this teleconference.

Dated:  January 9, 2018          Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Kristina A. Wolfe*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINIA A. WOLFE
JOSEPH E. BORSON
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 353-4519 / Fax: (202) 616-8460
E-mail: Kristina.Wolfe@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which shall send notice to all counsel of record.

*/s/ Joseph E. Borson*
Joseph E. Borson