# Exhibit 1

**From:** Kossack, Andrew J. EOP/OVP <Andrew.J.Kossack@ovp.eop.gov>
**Sent:** Wednesday, January 3, 2018 6:48:42 PM
**To:** 'Kris Kobach'; 'cwlawson@sos.in.gov'; 'chipkate@aol.com'; 'kennethblackwell693@gmail.com'; 'Christy McCormick'; 'Mark Rhodes'; 'von Spakovsky, Hans'; 'Christian Adams'; 'Alan L. King'; 'King, Alan'; 'matthew.dunlap@maine.gov'
**Subject:** Dissolution of the Commission

Today, the President dissolved the Commission by Executive Order. The White House just issued the statement below, for your reference.

Due to pending litigation, you should continue to preserve records related to the Commission in accordance with the August 4, 2017, Litigation Hold Notice. I have attached that notice to this email as a reminder of those preservation obligations and will provide additional guidance in the near future.

Thank you for your service.

Best regards,
Andrew Kossack

---

THE WHITE HOUSE
Office of the Press Secretary

FOR IMMEDIATE RELEASE
January 3, 2018

1

**Statement by the Press Secretary on the Presidential Advisory Commission on Election Integrity**

"Despite substantial evidence of voter fraud, many states have refused to provide the Presidential Advisory Commission on Election Integrity with basic information relevant to its inquiry. Rather than engage in endless legal battles at taxpayer expense, today I signed an executive order to dissolve the Commission, and have asked the Department of Homeland Security to review these issues and determine next courses of action."

###