# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY *et al.*,<br><br>Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

## NOTICE OF TIMING FOR FILING

Pursuant to this Court's January 10, 2018, minute order, defendants respectfully notify the Court that they will be able to file a response to Plaintiff's Supplemental Brief, ECF 42, addressing the legal issues raised within and the factual issues raised by the Court during the January 10, 2018, hearing, by Tuesday, January 16, 2018, at 12pm EST.

Dated: January 12, 2018	Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Joseph E. Borson*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINIA A. WOLFE
JOSEPH E. BORSON
Virginia Bar No. 85519
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-1944 / Fax: (202) 616-8460
E-mail: Joseph.Borson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which shall send notice to all counsel of record.

*/s/ Joseph E. Borson*
Joseph E. Borson