IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY<br>COMMISSION ON ELECTION<br>INTEGRITY *et al.*,<br><br>Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

**DECLARATION OF PHILIP C. DROEGE**

I, Philip C. Droege, hereby declare as follows:

1. I am the Director of the White House Office of Records Management ("WHORM"). In this capacity, I am responsible for managing, preserving, and forwarding to the National Archives and Records Administration ("NARA") at the appropriate time records reflecting the business of the Presidency and Vice Presidency in accordance with the Presidential Records Act ("PRA"). I have held this position since July 2004, and have been an employee of the White House Office since July 1990. The statements made herein are based on my personal knowledge and on information made available to me in my official capacity.

2. Staff, detailees, interns and others assigned to the White House Office, the Office of the Vice President, and other components that fall under the PRA, are instructed to properly preserve all records that they create or receive in their official capacities as Presidential or Vice Presidential records. In addition, the email system

automatically captures and preserves all emails and attachments that are sent and received by those offices when using their official government email accounts.

3. Former staff of the Presidential Advisory Commission on Election Integrity ("Commission") has assured me that me all records reflected on the Vaughn-like index referred to in the Court's minute order of January 12, 2018 have been preserved either physically here at the Executive Office of the President or on the computer network maintained by the Director of White House Information and Technology and his staff. The only exceptions are certain text messages addressing "administrative topics like scheduling." *See* Fourth Kossack Decl. ¶ 9 (citing Index Entry No. 508), filed in *Lawyers Committee for Civil Rights Under Law v. PACEI*, Civil Action No. 1:17-cv-1354 (CKK), ECF No. 33-2.

4. After the September 12 meeting and after the Vaughn-like index was submitted, there were no further meetings of the Commission, which was terminated by Executive Order on January 3, 2018. Nevertheless, I am sending a letter to all former Commissioners instructing them to forward to my office any documents that they created or received regarding Commission work that they have not already sent to the White House, to include the text messages noted above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2018.

_____
PHILIP C. DROEGE, DIRECTOR
White House Office of
Records Management