# Exhibit 1

1/4/2018 Statement by the Press Secretary on the Presidential Advisory Commission on Election Integrity | The White House

Case 1:17-cv-02361-CKK Document 46-1 Filed 01/17/18 Page 2 of 5

[Skip to content](#)

 White House Logo

 Share

- Economy
- National Security
- Budget
- Immigration
- Healthcare

Statements & Releases

# Statement by the Press Secretary on the Presidential Advisory Commission on Election Integrity

Issued on: January 3, 2018

- Share:
-

1/4/2018, Statement by the Press Secretary on the Presidential Advisory Commission on Election Integrity | The White House

Case 1:17-cv-02361-CKK   Document 46-1   Filed 01/17/18   Page 3 of 5



 All News

Despite substantial evidence of voter fraud, many states have refused to provide the Presidential Advisory Commission on Election Integrity with basic information relevant to its inquiry. Rather than engage in endless legal battles at taxpayer expense, today President Donald J. Trump signed an executive order to dissolve the Commission, and he has asked the Department of Homeland Security to review its initial findings and determine next courses of action.



The White House

- Live
- Jobs
- Get Involved
- Copyright Policy
- Privacy Policy

- Twitter
- Facebook
- Instagram
- Contact



- News
- Issues
- The Administration
- About The White House
- Get Involved

- Economy
- National Security
- Budget
- Immigration
- Healthcare

1/4/2018, Statement by the Press Secretary on the Presidential Advisory Commission on Election Integrity | The White House

Case 1:17-cv-02361-CKK   Document 46-1   Filed 01/17/18   Page 4 of 5




Close Search

Type Your Search  Type Your Search...  Press enter to search