# Exhibit 2

**Friedman, Daniel (x2378)**

| | |
|---|---|
| **From:** | Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov> |
| **Sent:** | Friday, January 12, 2018 4:20 PM |
| **To:** | Sandick, Harry (x2723); Friedman, Daniel (x2378); Borson, Joseph (CIV); 'Kristina.wolfe@usdoj.gov'; 'carol.federighi@usdoj.gov'; 'Elizabeth.shapiro@usdoj.gov' |
| **Cc:** | msloan@americanoversight.org; Austin Evers; John Bies; Cerissa Cafasso |
| **Subject:** | RE: Dunlap v. PACEI |
| | |
| **FilingDate:** | 1/12/2018 9:23:00 PM |

Counsel,

I have now been able to confer with my client. As you know, it is our position that Secretary Kobach is no longer a defendant to this action, and that we do not represent him in his personal capacity or in his capacity as Secretary of State of Kansas. It is also our continued position that the Court lacks the authority to restrain or enjoin Secretary Kobach or any other former Commissioner. That said, we have reached out to Secretary Kobach and requested that he not share with DHS or any other federal entity, other than the White House for preservation purposes, any Commission records not otherwise already made public, during the pendency of the plaintiffs' motion. He has agreed to that request.

In addition, the White House Office of Records Management intends to send a letter to all former Commissioners (including your client) reminding them to forward for preservation any Commission documents that have not already been forwarded. That letter will also request that former Commissioners (including your client) not independently transfer Commission records to DHS or any other entity.

Have a good weekend.

Elizabeth

---

**From:** Shapiro, Elizabeth (CIV)
**Sent:** Thursday, January 11, 2018 2:23 PM
**To:** 'Sandick, Harry (x2723)' <hsandick@pbwt.com>; Friedman, Daniel (x2378) <dfriedman@pbwt.com>; Borson, Joseph (CIV) <jborson@CIV.USDOJ.GOV>; 'Kristina.wolfe@usdoj.gov'; 'carol.federighi@usdoj.gov'; 'Elizabeth.shapiro@usdoj.gov'
**Cc:** msloan@americanoversight.org; Austin Evers <austin.evers@americanoversight.org>; John Bies <john.bies@americanoversight.org>; Cerissa Cafasso <cerissa.cafasso@americanoversight.org>
**Subject:** RE: Dunlap v. PACEI

Harry, I am conferring with my client and will get back to you.

---

**From:** Sandick, Harry (x2723) [mailto:hsandick@pbwt.com]
**Sent:** Thursday, January 11, 2018 12:27 PM
**To:** Shapiro, Elizabeth (CIV) <EShapiro@CIV.USDOJ.GOV>; Friedman, Daniel (x2378) <dfriedman@pbwt.com>; Borson, Joseph (CIV) <jborson@CIV.USDOJ.GOV>; 'Kristina.wolfe@usdoj.gov'; 'carol.federighi@usdoj.gov'; 'Elizabeth.shapiro@usdoj.gov'
**Cc:** msloan@americanoversight.org; Austin Evers <austin.evers@americanoversight.org>; John Bies

<john.bies@americanoversight.org>; Cerissa Cafasso <cerissa.cafasso@americanoversight.org>
**Subject:** RE: Dunlap v. PACEI

Elizabeth,

I wanted to follow up with you a subject from yesterday's call.  Do you have any new information about the status of Mr. Kobach in this case or his willingness to commit not to disseminate further the Commission's materials while the motion is pending?

Please let us know.  Thanks.

Regards,

Harry

Harry Sandick
Patterson Belknap Webb & Tyler LLP