# Exhibit 3

## Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

November 21, 2017

Harry Sandick
(212) 336-2723
hsandick@pbwt.com

By Email Attachment

Joseph E. Borson, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Joseph.borson@usdoj.gov

> **Re:**    ***Matthew Dunlap v. Presidential Advisory Commission on Election Integrity, et al.*, No. 17-cv-2361-CKK (D.D.C.)**

Dear Mr. Borson:

We write on behalf of Maine Secretary of State Matthew Dunlap in the above-captioned case against the Presidential Advisory Commission on Election Integrity ("Commission") and other defendants. We write in hopes of reaching agreement to facilitate Secretary Dunlap's ability to participate fully in the work of the Commission.

Secretary Dunlap brought this suit, reluctantly, in the interest of obtaining the documents necessary to carry out his responsibilities as a Commissioner and to participate fully in the work of the Commission. To date, Secretary Dunlap has been provided with only a handful of documents bearing on the Commission's work, mostly at or only shortly before the Commission's meetings. In light of the timing and limited nature of the documents he has been provided, Secretary Dunlap has been unable to participate meaningfully in discussions about the future activities of the Commission, such as providing meaningful comment or input regarding the proposed topics, agendas, or witnesses for future meetings of the Commission or regarding any ongoing, active research by the Commission's staff. Consequently, Secretary Dunlap has been unable to provide "valuable advice" to the Commission by "fully participat[ing] in the work of the" Commission that FACA's "fair balance and independent judgment provisions" require. *Cummock v. Gore*, 180 F.3d 281, 291 (D.C. Cir. 1999). Secretary Dunlap has sought and continues to seek, *inter alia*, the following categories of documents: records containing or reflecting communications between commissioners; communications between commissioners and Commission staff; records containing or reflecting communications between Commission staff members; records containing or reflecting communications between commissioners and third parties regarding issues and subjects relevant to the Commission; and drafts and work product of commissioners or Commission staff that may result in formal documents for the review of one or more commissioners.

Joseph E. Borson, Esq.
November 21, 2017
Page 2

Following up on the Court's suggestion during the November 17, 2017 teleconference that the parties communicate in an effort to determine with some specificity which Commission documents that have been withheld from the public should be provided to Secretary Dunlap pursuant to the Federal Advisory Committee Act ("FACA"), we have reviewed the *Vaughn*-type index that Defendants created in the related case, *Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity*, No. 17-cv-1354 (D.D.C.) (Dkt. 33-3), as well as Andrew Kossack's discussion of categories of documents which Defendants contend are not subject to Section 10(b), *see* Third Kossack Decl., *Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity*, No. 17-cv-1354 (D.D.C.) (Dkt. 33-1).  We note, at the outset, that we are uncertain that this list, which was compiled in connection with the public's right to access under Section 10(b), necessarily encompasses the universe of records relevant to Secretary Dunlap's request. However, we have endeavored to identify those records the disclosure of which we believe, based on the description of the records in the index alone, to be necessary to allow Secretary Dunlap's "meaningful participation" in the Commission.  *Cummock*, 180 F.3d at 291. In that regard, we appreciate the Defendants' concession on the teleconference that, notwithstanding the position taken in their November 16, 2017 letter, the Defendants recognize that Secretary Dunlap, as a commissioner, has an even greater right of access to records than a member of the public under *Cummock*.

Based on our review of the index and declaration, we have identified a number of categories of records that, at a minimum, would be crucial to Secretary Dunlap's meaningful participation in the Commission's work, and which should be provided to him without delay, including:

- Internal emails and documents never provided to the Commission members, including discussions about the direction and management of the Commission, deliberations over decisions affecting the Commission, litigation-related discussions, media and public relations discussions, etc.

- Emails and associated materials sent to or from one or more Commission members and/or to or from Commission staff, about suggestions for research and/or future activities of the Commission.

- Emails, including attachments, circulated among Commission staff and between one and three present or future Commission members commenting on draft documents that will eventually be provided to the full Commission.

In the interest of facilitating further discussions, we have endeavored to identify the categories and records to which Secretary Dunlap is most interested in obtaining access based on the Defendants' descriptions of them in the index and declaration.  Appendix A to this letter is a table that presents all categories of documents used in the Defendants' index, and specifies whether Secretary Dunlap seeks those documents at this time, in whole or in part.  Appendix B

Joseph E. Borson, Esq.
November 21, 2017
Page 3

to this letter contains selected entries in the index of those documents to which Secretary Dunlap seeks access at this time.  We request that Defendants tell us no later than December 1, 2017 (a) which, if any, of the identified documents they agree to produce to Secretary Dunlap; and (b), for any documents that they continue to refuse to provide to Secretary Dunlap, why Secretary Dunlap is not entitled to those documents and why those documents are not required to allow his meaningful participation in the Commission.

Secretary Dunlap's entitlement to documents is broader than these requests and he reserves all rights to seek additional documents.  Secretary Dunlap is at an information disadvantage; this letter and the attached appendices rely on the descriptions on the *Vaughn*-type index—the only information available to Secretary Dunlap—many of which are incomplete descriptions and do not identify drafters of documents by name.  Some of the entries refer to categories of documents and do not provide information about the specific documents that fall within those categories.  Further, Secretary Dunlap is not privy to the process by which the *Vaughn*-type index was created and he may be entitled to documents that are not listed on the index.  And, of course, the *Vaughn*-type index does not contain any documents that were created after the index was filed with the Court.  For example, Secretary Dunlap is entitled to communications regarding the date of any upcoming meeting; communications with potential witnesses (such as the Minnesota Voters Alliance); the decision to hold or postpone the December 2017 meeting; and communications regarding future meetings, including potential topics of discussion, draft agendas, and potential witnesses, none of which are included in the *Vaughn*-type index.

Secretary Dunlap is eager to participate in the Commission's work and deliberations.  But as the documents withheld from him make clear, a few commissioners have been working behind the scenes, sometimes with Commission staff, to shape the issues and work of the Commission.  Secretary Dunlap has not been involved in these crucial discussions and is simply told the Commission's path after it has been decided, rather than having a real opportunity for meaningful participation.  I would hope you share Secretary Dunlap's concern that the Commission develop advice that reflects the independent judgment of the Commissioners, and not become unduly influenced by the appointing authority or special interests.  We look forward to your response.

Very truly yours,

/s/ Harry Sandick

(admitted *pro hac vice*)

cc:    Elizabeth J. Shapiro, Esq.
       Carol Federighi, Esq.
       Kristina A. Wolfe, Esq.

**Appendix A**

| Category | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (a) | Communications from the public containing only profanity and/or threats. | These communications are not subject to section 10(b) because, unlike public comments discussed above, they contain no substance, other than profanity or threats, and were not shared with other members of the Commission. | So long as they contain only profanity and threats, Secretary Dunlap does not seek these documents at this time.  To the extent that the letters used profanity or inappropriate language in presenting a substantive objection to the Commission's work, Secretary Dunlap does seek the document. |
| (b) | Administrative emails sent to the entire Commission (e.g., explaining travel, providing logistical instructions, distributing meeting agendas and other materials, etc.). | Administrative messages do not constitute the substantive work of the Commission, and as discussed above, are not encompassed within the scope of section 10(b). Even though these emails were sent to the entire Commission, they were administrative in nature and therefore not used or prepared for the Commission's substantive work of providing collective advice to the President. | N/A; based on the information provided in the *Vaughn*-type index, these documents have already been sent to Secretary Dunlap. |

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (c) | Administrative emails and documents between Commission staff and individual Commission members (e.g., forwarding human resource-related forms to be completed by the Commission member, handling individual travel booking issues, inquiring about an individual member's availability). This includes administrative emails forwarded from Commission members to their individual staff. | Administrative messages do not constitute the substantive work of the Commission. Because these messages are administrative in nature, they are not used or prepared for the Commission's substantive work of providing collective advice to the President. Further, these messages were neither shared with nor used by the Commission as a whole. | Secretary Dunlap does not seek truly administrative messages at this time. But many documents in this category concern non-administrative topics such as scheduling, materials to be used at meetings and communications about Commission business, and should be disclosed promptly. For example, Secretary Dunlap seeks documents similar to the email from Ronald Williams to Commissioner re "Contact information for potential September 12 meeting panelists" (Index # 293) and an email chain among Kossack, Kobach, von Spakovsky, Adams, OVP Counsel, and OVP staff re "introductory phone call" (Index # 360) (this email chain occurred two weeks before the phone call on which Secretary Dunlap first heard of the plan to send requests for voter data to states and involved Mr. von Spakovsky and Mr. Adams, neither of whom was a commissioner at the time). Appendix B notes which documents within this category Secretary Dunlap seeks now. |

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (d) | Administrative emails and documents among Commission staff (e.g., selecting meeting rooms, addressing travel, uploading materials to the webpage, constructing the Commission's webpage, etc.). | Administrative messages do not constitute the substantive work of the Commission. Because the messages are administrative in nature, they are not used or prepared for the Commission's substantive work of providing collective advice to the President. These messages were neither shared with nor used by the Commission as a whole, and moreover, they constitute staff work not encompassed within the scope of section 10(b). | Secretary Dunlap does not seek truly administrative messages at this time.  But many documents in this category concern non-administrative topics such as "internal discussions about meeting logistics" (Index # 762) and "internal discussions about posting public comments" (Index # 772).  Appendix B notes which documents within this category Secretary Dunlap seeks now. |
| (e) | Internal emails and documents never provided to the Commission members, including discussions about the direction and management of the Commission, deliberations over decisions affecting the Commission, litigation related discussions, media and public relations discussions, etc. ("Internal" refers to communications among Commission staff, and/or Office of the Vice President ("OVP") staff, and/or Executive Office of the President ("EOP") staff). | Internal material never provided to Commission members does not constitute material used or prepared for or by the Commission. *See Nat'l Anti-Hunger Coal*, 557 F. Supp. at 529; 12 U.S. Op. Off. Legal Counsel at 75. To the contrary, internal discussion is by definition not shared with the Commission members who are charged with providing collective advice to the President. In addition, these internal materials include communications protected under the deliberative process privilege and attorney client privilege, as well as the attorney work product doctrine. | Secretary Dunlap is entitled to these documents which concern the heart of Commission activities, including "discussions about subjects for potential Commission report" (Index # 780), "internal emails re: discussing next steps for Commission" (Index # 781), "internal discussions about draft Commission documents" (Index # 787), and "Commission staff research or suggesting ideas relating to substance of Commission's work" (Index # 774). |

3

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (f) | Emails and associated materials sent to or from one or more Commission members and/or to or from Commission staff, about suggestions for research and/or future activities of the Commission. | These emails are not subject to 10(b) because individual suggestions are not used or prepared for or by the Commission as a whole, absent any indication of an intent to share suggestions with the full committee membership. These materials are therefore analogous to materials prepared by advisory subcommittees (which may include full committee members) which "do not [themselves] directly advise the President." *See, e.g., Nat'l Anti-Hunger Coal.*, 557 F. Supp. 524 at 529. | Secretary Dunlap is entitled to these documents, which include discussions among commissioners regarding topics and plans for meetings.  For example, a communication between Kossack and Kobach re "plan for September meeting" that occurred on August 3, 2017 – well before Secretary Dunlap was informed of the September meeting (Index # 465, 467). |
| (g) | Emails and associated materials sent by individual Commission members discussing staffing and potential Commission members. | Suggestions about Commission membership are not subject to 10(b) because they (1) are not used or prepared for or by the Commission as a whole, and (2) are not substantive discussions about the activities or recommendations of the Commission itself, but rather about its composition. Similarly, discussions about Commission staffing are not used to inform the substantive deliberations of the Commission members who are charged with providing collective advice to the President. | Secretary Dunlap is entitled to these documents since the discussion regarding staffing and Commission membership will bear on the substantive work undertaken by the Commission. |

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (h) | Emails sent by individual Commission members to Commission staff forwarding studies, news reports, and articles. | Communications forwarding substantive material are not subject to 10(b) because the communications themselves are "not used by the Commission as a whole," absent any indication of an intent to share the underlying material with full committee membership. Instead, these materials assist staff in "gathering information" on a preparatory basis. *See e.g., Nat'l Anti-Hunger Coal.*, 557 F. Supp. 524 at 529. To the extent any of the forwarded material is ultimately shared with the full Commission, it would then be subject to section 10(b). | Secretary Dunlap is entitled to these documents which concern efforts to shape the direction of the Commission and demonstrate the issues important to commissioners. |
| (i) | Emails between individual Commission members and Commission staff discussing potential third-party assistance with the Commission (e.g., individuals who could potentially assist with data analysis). | These materials are not subject to section 10(b) because the material is not used by the Commission as a whole, and constitutes information gathered at the staff level that is not intended to be shared with the Commission. | Secretary Dunlap is entitled to these documents because discussions relating to the decision to engage third parties for data analysis or other work necessarily bears on the substantive work of the Commission. |

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (j) | Emails to Commission staff or individual Commission members from reporters, other media representatives, or third-party organizations seeking comment or interviews (i.e., interview request from EPIC to a Commission member, requests to Commission members for comment from CNN, ProPublica, and others), and responses and follow up discussions. | These materials are not subject to section 10(b) because they are not intended to be used by the Commission as a whole, and do not constitute material used or prepared for the Commission's activities. Instead, they are requests from outsiders for individual or staff comment about the Commission's or Commission member's activities. | Secretary Dunlap does not seek these documents at this time. |
| (k) | Handwritten notes taken by individual Commission members during meetings or in preparation for meetings for their own individual use. | These notes are not subject to section 10(b) because they are purely personal aides and reminders not intended to be used or shared with the Commission as a whole. | Secretary Dunlap does not seek these documents at this time. |
| (l) | Commission members' personal notes and drafts of statements to be given at Commission meetings. | These notes are not subject to section 10(b) because they were not shared or intended to be shared with the Commission. The remarks actually delivered, if recorded, or if shared in written form with the Commission, do constitute 10(b) material, and any recording or transcript of those remarks would be posted subject to public disclosure, as has been done here. | Secretary Dunlap does not seek these documents at this time, assuming this category does not include records containing or reflecting communications from other commissioners or Commission staff regarding potential statements. |

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (m) | Material gathered or received by individual Commission members, either as part of their own research or sent to them by third parties, but not shared with other Commission members or staff (e.g., individual internet research). | This material, which was not shared with the Commission, is not subject to section 10(b) because it is part of the preliminary work of information gathering, and was not used by or prepared for the Commission as a whole. To the extent an individual Commission member shares such materials with the Commission as a whole or uses it at a meeting, it would then be subject to section 10(b). | Secretary Dunlap does not seek commissioners' own research at this time but he does seek communications with third parties regarding substantive subject matter. Appendix B notes which documents within this category Secretary Dunlap seeks now. |
| (n) | Emails and documents created not in an individual's capacity as a Commission member, but in the member's other professional capacity (i.e., documents received or sent in a member's capacity as Secretary of State). | These documents are not subject to section 10(b) because they are not part of the work of the Commission, not part of the record relied upon by Commission, not prepared by or for the Commission, nor used by the Commission as a whole. | Secretary Dunlap does not seek many of these documents at this time.  Appendix B notes which documents within this category Secretary Dunlap seeks now. |

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (o) | Communications with the public received or sent by individual Commission members but not shared with the Commission. | Comments from the public sent to individual Commission members and not otherwise shared with the Commission are not subject to section 10(b). These comments were directed at individual members, and included both substantive suggestions and "hate mail," but none were shared with the Commission as a whole. The Commission has provided instructions in its Federal Register notices and on its webpage for submitting public comments that are shared with the Commission as a whole and made available to the public, such as through its comment portal on the Regulations.gov website. | Secretary Dunlap is entitled to these documents which concern public comments and suggestions made to commissioners where they relate to the subject matter of the substantive work of the Commission. |

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (p) | Emails, including attachments, circulated among Commission staff and between one and three present or future Commission members commenting on draft documents that will eventually be provided to the full Commission (i.e., emails between the Vice Chair and Commission staff discussing drafts of the by-laws). | Drafts sent to the full Commission for their consideration are subject to section 10(b). However, initial or earlier draft versions of those "final" drafts are not subject to 10(b) unless the version at issue is or is intended to be shared with the full Commission; such drafts constitute preparatory activity and are not materials that are "used by the Commission as a whole." 12 U.S. Opp. Off Legal Counsel at 75. Here, while between one and three Commission members discussed the draft by-laws and other documents via email, their work is no different from the work of a subcommittee, comprised of a portion of the Committee, tasked to draft such documents. Only the product of that subcommittee's drafting, once shared with the Commission, is subject to section 10(b). *See e.g., Nat'l Anti-Hunger Coal.*, 557 F. Supp. at 524. | Secretary Dunlap is entitled to these documents, which are drafts of documents that eventually were sent (or will be sent) to the full Commission. |

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (q) | Non-substantive scheduling emails between Commission staff and employees of other federal agencies. (i.e., requests for a convenient time by which to talk by telephone) | These emails contain no substance other than efforts to schedule telephone calls and meetings. The scheduling of staff discussions with certain federal agencies constitutes research or preparatory activity, and these administrative materials were neither shared with the Commission as a whole nor contain any substantive work relied upon by the Commission. | Secretary Dunlap is entitled to these documents, most of which concern communications with officials from the Department of Homeland Security about voting and election issues. |
| (r) | Emails with panelists or potential panelists about their participation in the September 12 meeting. | These emails are not subject to Section 10(b) because they are either administrative emails providing logistical instructions to panelists, or are staff level exchanges with panelists that were not shared with the Commission as a whole, but rather constitute staff work to gather information in preparation for the September 12th meeting. Any material used or presented during the September 12th meeting, or shared with the Commission during the September 12 meeting, is subject to section 10(b) and has been publicly disclosed. | Except for a small number of documents dealing with administrative issues such as reimbursement or travel—which Secretary Dunlap does not seek at this time—Secretary Dunlap seeks these documents, which concern the selection and outreach to potential panel witnesses, meeting agendas, and topics. |

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (s) | Emails between Commission staff and other government agencies (e.g., the General Services Administration) about the mechanics of operating a commission and compliance with procedural requirements (e.g., emails about the process for filing a Federal Register notice). | These communications are not subject to section 10(b) because they relate to the procedural operation of the Commission and not the substantive subject matter of its work. | Secretary Dunlap does not seek these documents at this time. |
| (t) | Internal communications about operational issues, such as information technology ("IT") issues, and communications between Commission staff and other government entities about the same (i.e., communications with EOP IT personnel regarding collecting and storing data, communications with the Department of Defense regarding SAFE). | These communications are not subject to section 10(b) because they relate to technical capabilities and functions and not the substantive subject matter of the Commission's work. Further, these emails constitute administrative activities not intended to go to the Commission as a whole. | Secretary Dunlap does not seek these documents at this time. |

Appendix A

| Category | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (u) | Emails between Commission staff and State election administrators about the mechanics of providing election data (e.g., email between Commission staff and State employees seeking guidance on how to provide data). | These communications are not subject to section 10(b) because they relate to technical functions and are not the substantive subject matter of the Commission's work. Further, these emails constitute staff administrative activities in support of the Commission, and are not shared with the Commission as a whole. | Secretary Dunlap does not seek these documents at this time. |
| (v) | Litigation-related documents exchanged between named defendants and DOJ. | Litigation-related communications are not subject to section 10(b) because they are subject to attorney-client privilege and the attorney work product doctrine, are not related to the substantive work of the Commission, and are not shared with the Commission as a whole. | Secretary Dunlap does not seek these documents at this time. |

Appendix A

| Categ ory | Category description (per defendants) | Defendants' rationale for not disclosing documents | Secretary Dunlap's position |
|---|---|---|---|
| (w) | Emails and documents received from third parties volunteering to collaborate on Commission work and any associated responses or exchanges. | These emails and documents are not subject to section 10(b) because they were not shared with the Commission as a whole. Rather, they constitute preliminary information gathering activities not subject to section 10(b), *see Nat'l Anti-Hunger Coal.*, 557 F. Supp. at 529, nor were they prepared with the intent of being distributed to the Commission as a whole. These emails were not solicited by the Commission nor used or prepared by Commissioners for the work of the Commission. | Secretary Dunlap is entitled to these documents, most of which concern the selection of staff members and commissioners.  For example, "emails from third parties to Commission staff about potential collaboration" (Index # 799) and "Letter to Kobach from potential staff person" (Index # 555). |
| (x) | Substantive communications between staff of government agencies and Commission staff. | These communications are part of the Commission staff's attempt to "gather information," and do not constitute materials intended for distribution to the Commission as a whole. | Secretary Dunlap is entitled to these documents, which are by definition "substantive" communications regarding the subject matter of the Commission. |
| (y) | Procedural communications between Commission staff and third parties regarding meeting logistics. | These communications are not subject to section 10(b) because they relate to the procedural and logistical operation of the Commission and not the substantive subject matter of its work. | Secretary Dunlap does not seek these documents at this time. |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 161 | Email forwarding news article | Adams | OVP Counsel | 13-May-17 | No | No | (h) |
| 162 | Email forwarding information about potential staff member for Commission | Adams | OVP Counsel | 18-May-17 | No | No | (g) |
| 163 | Email forwarding news article | Adams | OVP Counsel | 30-May-17 | No | No | (h) |
| 164 | Email forwarding news article | Adams | OVP Counsel | 31-May-17 | No | No | (h) |
| 165 | Email addressing potential research opportunities for Commission | Adams | OVP Counsel | 5-Jun-17 | No | No | (f) |
| 166 | Email addressing election integrity; suggesting potential outreach options | Adams | Kossack | 5-Jul-17 | No | No | (f) |
| 167 | Email about potential participants in Commission | Adams | Kossack, OVP Counsel | 6-Jul-17 | No | No | (g) |
| 168 | Email forwarding press release | Adams | Kossack, OVP Counsel, von Spakovsky | 6-Jul-17 | No | No | (h) |
| 170 | Email forwarding press release re: Adams' appointment to Commission | Adams | Kossack, OVP Counsel | 11-Jul-17 | No | No | (h) |
| 171 | Email forwarding link to television appearance | Adams | Kossack, OVP Counsel, von Spakovsky, Blackwell | 17-Jul-17 | No | No | (h) |
| 172 | Cover email forwarding material to be used for July 19 meeting | Adams | Kossack, OVP Counsel | 18-Jul-17 | No | No | (c) |
| 174 | Email chain discussing potential data analysts | Adams | Kossack | 28-Jul-17 | No | No | (i) |
| 177 | Email forwarding news article | Adams | Kossack | 31-Aug-17 | No | No | (h) |
| 178 | Email sending copy of materials to be used at September 12 presentation | Adams | Kossack, von Spakovsky | 1-Sep-17 | No | No | (c) |
| 179 | Email forwarding third-party individual's request for press credentials for September 12 meeting | Adams | Kossack | 1-Sep-17 | No | No | (c) |
| 180 | Email responding to ethics reminder | Adams | Kossack, OVP Counsel, Williams | 5-Sep-17 | No | No | (c) |
| 181 | Cover email sending copy of materials to be used at September 12 presentation | Adams | Kossack, Kobach, OVP Counsel, Williams | 7-Sep-17 | No | No | (c) |
| 182 | Email forwarding link to article | Adams | Kossack | 7-Sep-17 | No | No | (h) |
| 183 | Email forwarding link to article | Adams | Kossack, OVP Counsel | 10-Sep-17 | No | No | (h) |
| 184 | Email sending copy of press release | Adams | Kossack, OVP Counsel | 11-Sep-17 | No | No | (h) |
| 185 | Email sending link to news article | Adams | Kossack, OVP Counsel, Williams | 13-Sep-17 | No | No | (h) |
| 186 | Email about potential witnesses at a future Commission meeting | Adams | Kossack, OVP Counsel, Williams | 15-Sep-17 | No | No | (f) |
| 187 | Email forwarding news article | Adams | Kossack, OVP Counsel, Williams | 20-Sep-17 | No | No | (h) |
| 191 | Email re: scheduling time to speak | OVP Counsel | Blackwell | 19-May-17 | No | No | (c) |
| 192 | Email re: appointment documents and background information | OVP | Blackwell | 19-May-17 | No | No | (c) |
| 193 | articles | Blackwell | OVP counsel, WHO members | 7/5/2017 - | No | No | (h) |
| 194 | Mass email sharing tweets/facebook posts | Blackwell | Mass email, received by Kossack | 11-Jul-17 | No | No | (h) |
| 195 | Email sharing link to news article | Blackwell | OVP and EOP staff members | 14-Jul-17 | No | No | (h) |
| 196 | Emails sending copy of opening remarks and law review article | Blackwell | Kossack | 18-Jul-17 | No | No | (c) |
| 198 | Four tweets posted on July 19, 2017 | Blackwell | Twitter | 19-Jul-17 | No | Yes | (h) |
| 201 | Email re: formation of a new interest group | Blackwell | Kossack, Kobach, OVP Counsel | 14-Aug-17 | No | No | (h) |
| 202 | Email re: time to speak | Kossack | Blackwell | 18-Aug-17 | No | No | (c) |
| 204 | Email chain re: time to speak | Kossack | Blackwell | 7-Sep-17 | No | No | (c) |
| 254 | Email exchange confirming July 19 meeting | Dunn | Kossack | 10-Jul-17 | No | No | (c) |
| 256 | Email exchange re: update on pending litigation | Dunn | Kossack | 23-Jul-17 | No | No | (c), (v) |
| 257 | Email exchange re: scheduling September meeting | Dunn | Kossack | 11-Aug-17 | No | No | (c) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 258 | Email exchange re: confirming Dunn's e-mail address; forwarding August 30 e-mail from Kossack to Commission Members re: letter from Vice Chair Kobach regarding submission of meeting materials for the September 12th meeting | Dunn | Kossack | 30-Aug-17 | No | No | (c) |
| 268 | for attendance at July meeting [and | Gardner (via staff) | Kossack | 7/14/2017, | No | No | (c) |
| 270 | materials | Gardner | NH SecState office | 7/17/2017, | No | No | (c) |
| 274 | Email attaching filings in court case | Gardner (via staff) | Kossack | 7-Aug-17 | No | No | (h) |
| 275 | Email attaching statistics, editorial | Gardner (via staff) | Kossack | 9-Aug-17 | No | No | (h) |
| 276 | Email attaching copy of press release | Gardner (via staff) | Kossack | 10-Aug-17 | No | No | (h) |
| 278 | Email requesting point of contact for data collection and information on study Gardner mentioned | Williams | Gardner | 14-Aug-17 | No | No | (f), (u) |
| 279 | Email attaching news article | Gardner (via staff) | Kossack | 14-Aug-17 | No | No | (h) |
| 280 | Email about potential participation in meeting | Potential panelist | Gardner | 14-Aug-17 | No | No | (r) |
| 284 | contact information for potential | Williams | NH SecState, Gardner | 8/14/2017, | No | No | (c) |
| 285 | Email attaching: news article, panelist bios | Gardner (via staff) | Kossack | 15-Aug-17 | No | No | (h) |
| 286 | Email attaching book excerpt | Gardner (via staff) | Kossack | 15-Aug-17 | No | No | (h) |
| 287 | Email re draft release announcing September meeting | Kossack | Gardner | 17-Aug-17 | No | No | (p) |
| 291 | Email attaching link to news article | Gardner (via staff) | Kossack | 21-Aug-17 | No | No | (h) |
| 292 | Email from Gardner to Kossack (via admin), attaching link to news article | Gardner (via staff) | Kossack | 21-Aug-17 | No | No | (h) |
| 293 | Email re: Contact information for potential September 12 meeting panelists | Williams | Gardner | 22-Aug-17 | No | No | (c) |
| 294 | Email forwarding press release | Gardner | NH SecState Office | 23-Aug-17 | No | No | (h) |
| 295 | Email chain about press release for September 12 meeting | Kossack | Gardner, Kobach | 24-Aug-17 | No | No | (p) |
| 297 | Email re invitation to PACEI Sept. 12 meeting | Gardner | Staffer in Schumer office | 28-Aug-17 | No | No | (m) |
| 298 | Invitations to Congressional delegation | Gardner | Sens. Haasan, Shaheen, Schumer, Reps. Kuster, Shea-Porter | 29-Aug-17 | No | No | (m) |
| 299 | Email forwarding email from King stating that he will be unable to attend Sept. 12 meeting | Kossack | Gardner | 30-Aug-17 | No | No | (c) |
| 300 | Email chain about draft agenda for September 12 meeting (inc. attachment) | Kossack | Gardner | 31-Aug-17 | No | No | (p) |
| 301 | Email from constituent requesting to attend Sept. 12 meeting | Constituent | Gardner | 1-Sep-17 | No | No | (c), (o) |
| 302 | Email from constituent about Commission | Constituent | Gardner | 1-Sep-17 | No | No | (o) |
| 303 | Email about public comment at September 12 meeting | Constituent | Gardner, Williams | 2-Sep-17 | No | No | (o) |
| 304 | Email chain about draft agenda for September 12 meeting | Kossack | Gardner | 5-Sep-17 | No | No | (p) |
| 306 | Email chain re: time to speak | Kossack | Gardner | 6-Sep-17 | No | No | (c) |
| 312 | Email chain after Sept. 12 meeting | Panelist | Gardner | 14-Sep-17 | No | No | (r) |
| 316 | Postcards, letters, and other correspondence from members of the public regarding Commission | | | | No | No | (o) |
| 321 | Email forwarding news article | Third party | King | 30-Jun-17 | No | No | (o) |
| 322 | Email forwarding news article | Third party | King | 30-Jun-17 | No | No | (o) |
| 323 | Email re: collecting research materials about Commission subject- matter | King | King's staff member | 2-Jul-17 | No | No | (m) |
| 324 | Email asking staff member to conduct research | King | King's staff member | 3-Jul-17 | No | No | (m) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 326 | Email forwarding fundraising campaign | Third party | King | 21-Jul-17 | No | No | (o) |
| 327 | Email forwarding news article | Third party | King | 5-Aug-17 | No | No | (o) |
| 328 | Email exchange about King's role on Commission | Third party | King | 5-Aug-17 | No | No | (o) |
| 329 | Email with third party forwarding news article (and marked-up copy of article) | Third party | King | 14-Aug-17 | No | No | (o) |
| 334 | Email about participation in Commission | King | Third party | 25-Aug-17 | No | No | (o) |
| 335 | Email about Interstate Crosscheck program | Third party | King | 1-Sep-17 | No | No | (o) |
| 337 | Email forwarding copy of news article | Third party | King | 5-Sep-17 | No | No | (o) |
| 338 | Email forwarding news articles | Third party | King | 8-Sep-17 | No | No | (o) |
| 340 | Email forwarding news article | Third party | King | 12-Sep-17 | No | No | (o) |
| 341 | Email forwarding news stories | Third party | King | 9/12/2017, | No | No | (o) |
| 342 | Email forwarding magazine article | Third party | King | 13-Sep-17 | No | No | (o) |
| 343 | Email exchange re: sending materials for litigation index | Kossack | DOJ, King | 15-Sep-17 | No | No | (v) |
| 344 | Third party forwarding mass email by advocacy organization | Third party | King | 15-Sep-17 | No | No | (o) |
| 346 | Email forwarding mass emails | Third party | King | 17-Sep-17 | No | No | (o) |
| 352 | Email forwarding news article on launch of Commission | OVP Counsel | Kobach | 5/11/2017 | No | No | (f) |
| 353 | Email forwarding copy of Executive Order | OVP Counsel | Kobach | 5/11/2017 | No | No | (f) |
| 354 | Email forwarding research on voter fraud | Third party | Kobach | 12-May-17 | No | No | (m) |
| 356 | Email forwarding article that had been forwarded by Adams | OVP Counsel | Kobach | 13-May-17 | No | No | (h) |
| 357 | Email exchange re: potential Commission member | von Spakovsky | Kobach, Adams, OVP Counsel, OVP staff | 15-May-17 | No | No | (g) |
| 358 | Email exchange re: time to talk | OVP Counsel | Kobach | 5/15/2017, | No | No | (c) |
| 360 | Email chain about introductory phone call | Kossack | Kobach, von Spakovsky, Adams, OVP Counsel, OVP staff | 13-Jun-17 | No | No | (c) |
| 361 | member (and chain discussing that | OVP Counsel | Kossack | 6/14/2017, | No | No | (g) |
| 362 | Email re potential commission members | Kossack | Kobach | 16-Jun-17 | No | No | (g) |
| 363 | Email forwarding link to news article | Adams | Kobach | 16-Jun-17 | No | No | (h) |
| 364 | Emails about potential candidates for Commission | Kobach | Kossack | 6/17/17, 6/19/17 | No | No | (g) |
| 365 | Email about setting up call with DHS | Kossack | DHS official (Kobach copied) | 6/19/2017 | No | No | (q) |
| 366 | Email re potential commission members (with biographical attachments) | Kossack | Kobach | 20-Jun-17 | No | No | (g) |
| 367 | Email chain regarding letters to state officials re data collection (present and future) [including draft letter attachments] | Kossack | Kobach, von Spakovsky, Adams, OVP staff | 6/21/2017, 6/22/2017, 6/23/2017, 6/27/2017 | No | No | (p) |
| 369 | Email re: potential Commission Member | Kossack | Kobach | 22-Jun-17 | No | No | (g) |
| 370 | Email re: mechanics of state data collection | Kossack | Kobach | 23-Jun-17 | No | No | (c) |
| 371 | Email re: potential Commission member | Kossack | Kobach | 26-Jun-17 | No | No | (g) |
| 373 | Email exchange re: information requests | Kossack | Kobach, von | 26-Jun-17 | No | No | (c) |
| 374 | Email re: potential Commission Member | Kossack | Kobach | 26-Jun-17 | No | No | (g) |
| 375 | Email re: news article; study author | Kobach | Kossack, OVP Counsel | 27-Jun-17 | No | No | (f) |
| 376 | Email chain re: draft agenda for June 28 organizational call (with attachment) | Kossack | Kobach | 27-Jun-17 | No | No | (p) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 377 | Email re: talking points for June 28 organizational call | Kossack | Kobach | 27-Jun-17 | No | No | (l) |
| 378 | Email chain requesting finalization of letters to public officials re: voter collection | Kossack | Kobach | 27-Jun-17 | No | No | (p) |
| 379 | Email chain re: potential members of the Commission | Adams | Kobach, von Spakovsky, OVP Counsel | 28-Jun-17 | No | No | (g) |
| 380 | Email chain re: content of public official letters | Kossack | Kobach | 28-Jun-17 | No | No | (p) |
| 381 | Email re: phone number | Kossack | Kobach | 28-Jun-17 | No | No | (c) |
| 382 | Email chain re: updated letter to state election officials (including attachments) | Kossack | Kobach | 28-Jun-17 | No | No | (p) |
| 383 | Email chain about potential partnership opportunities with DHS | Kossack | Kobach, OVP Staff | 28-Jun-17 | No | No | (f) |
| 384 | Follow-up email with DHS official | Kossack | DHS official (Kobach copied) | 28-Jun-17 | No | No | (q) |
| 385 | Email chain forwarding examples of letters requesting voter information | Kossack | Kobach, OVP Counsel | 28-Jun-17 | No | No | (p) |
| 386 | Email asking for call | OVP Counsel | Kobach | 28-Jun-17 | No | No | (c) |
| 387 | Email forwarding WH press release | OVP Counsel | Kobach, von Spakovsky | 29-Jun-17 | No | No | (c) |
| 388 | Email re: potential Commission staff | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (i) |
| 389 | Email re: potential Commission staff | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (i) |
| 390 | Email re: potential witness for future committee meeting | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (f) |
| 391 | Email re: discussing public responses to information requests | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (i) |
| 392 | Email chain about draft statement from Kobach re: appointment of von Spakovsky | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (c) |
| 393 | Email re: potential witness at future Commission meeting | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (f) |
| 394 | Email re: news article about and responses to June 28 letter | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (h) |
| 395 | Email forwarding WH press release | White House Press Office | Kobach | 29-Jun-17 | No | No | (c) |
| 396 | Email attaching talking points to print (one attachment) | Kobach | Kobach | 30-Jun-17 | No | No | (l) |
| 397 | Email chain forwarding Pew Study on Voter Registration | Kobach | OVP Counsel, Kossack | 30-Jun-17 | No | No | (h) |
| 401 | Email re: talking points for media interviews | OVP Staff | Kobach | 30-Jun-17 | No | No | (c) |
| 402 | Email forwarding Letter to Vice President from Members of Congress | OVP Counsel | Kobach | 30-Jun-17 | No | No | (c) |
| 404 | Email forwarding Tweet | OVP Staff | Kobach (copying OVP Counsel) | 30-Jun-17 | No | No | (c) |
| 405 | Email forwarding talking points to print (two attachments) | Kobach | Kobach | 30-Jun-17 | No | No | (c) |
| 406 | Email forwarding link to news article | Kobach | Kossack, OVP Counsel, | 30-Jun-17 | No | No | (h) |
| 407 | Email asking for call | OVP Counsel | Kobach | 1-Jul-17 | No | No | (c) |
| 408 | Email forwarding Luis Borunda's resignation email | OVP Counsel | Kobach | 3-Jul-17 | No | No | (c) |
| 409 | Email fowarding tweet | OVP Counsel | Kobach | 3-Jul-17 | No | No | (c) |
| 412 | Email regarding logistics for a call | OVP Counsel | Kobach | 4-Jul-17 | No | No | (c) |
| 413 | Email chain re: discussing follow-up letter to information requests | Kobach | OVP Counsel, Kossack | 5-Jul-17 | No | No | (p) |
| 415 | Email requesting confirmation of access to email | OVP Counsel | Kobach | 5-Jul-17 | No | No | (c) |
| 418 | Email exchange re: information about data availability | von Spakovsky | Kobach, Kossack, Adams | 6-Jul-17 | No | No | (f) |
| 419 | Email forwarding draft data collection follow-up letter for review | OVP Counsel | Kobach | 6-Jul-17 | No | No | (p) |
| 420 | Email forwarding draft follow up letter with comments | OVP Counsel | Kobach | 6-Jul-17 | No | No | (p) |
| 421 | Email about the availability of data from a third party | von Spakovsky | Kossack (copying Kobach) | 6-Jul-17 | No | No | (f) |

Appendix B: Selected entries from *Vaughn* -type Index

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 422 | attachment) | Kossack, OVP counsel | Kobach | 7/6/2017, | No | No | (p) |
| 423 | Email chain re: follow-up letter to states | Kobach | Kossack, OVP Counsel | 7-Jul-17 | No | No | (p) |
| 424 | Email exchange with person who offered to assist the Commission | Member of the Public | Kobach | 7-Jul-17 | No | No | (w) |
| 426 | Email re: how to reach Kobach via telephone | Kobach | OVP Counsel, OVP staff | 7-Jul-17 | No | No | (c) |
| 427 | Email re: availability for call | OVP Counsel | Kobach | 9-Jul-17 | No | No | (c) |
| 428 | Email re: draft agenda for July 19 meeting | Kossack | Kobach | 11-Jul-17 | No | No | (p) |
| 429 | Email re: litigation summary | Kossack | Kobach | 11-Jul-17 | No | No | (v) |
| 430 | Email forwarding information about Colorado's Motor Voter law | Third party | Kobach | 12-Jul-17 | No | No | (m) |
| 432 | Email re: edits to draft PACEI by-laws | Kobach | Kossack | 17-Jul-17 | No | No | (p) |
| 433 | attachments) | Kossack | Kobach | 7/17/2017 - | No | No | (p) |
| 434 | Email re: draft of possible topics for Commission to address (plus attachment) | Kossack | Kobach | 18-Jul-17 | No | No | (p) |
| 437 | responses to data request | Kobach | Kossack, OVP | 18-Jul-17 | No | No | (f) |
| 438 | providing data | Kobach | Kossack, OVP Counsel, OVP Comms | 7/18/17 - | No | No | (c) |
| 439 | statement for July 2017 meeting | Kobach | OVP staff | 7/18/17 - | No | No | (l) |
| 440 | Email re: Letter drafted by members of PA House of Representatives | Kobach | OVP Counsel, Press, Kossack | 19-Jul-17 | No | No | (o) |
| 441 | White House Press Release of Remarks by President and Vice President at July 19 meeting | White House Press Office | Kobach | 19-Jul-17 | No | No | (c) |
| 442 | Email commenting on media interview | OVP Counsel | Kobach | 19-Jul-17 | No | No | (c) |
| 443 | information and letter member sent to | Member, | Kobach | 19-Jul-17 | No | No | (w) |
| 444 | Email inquiring if Kobach is available for a possible call | Kossack | Kobach | 20-Jul-17 | No | No | (c) |
| 445 | DHS | Kossack | Kobach | 7/20/2017 - | No | No | (q) |
| 447 | Email re: draft follow up letter to states re: data collection (with attachment) | Kossack | Kobach | 24-Jul-17 | No | No | (p) |
| 448 | Email re: updated draft follow up letter to states re: data collection (with attachment) | Kossack | Kobach | 24-Jul-17 | No | No | (p) |
| 450 | Email re: communication with Plaintiff's counsel in PACEI-related litigation | Kobach | Kossack | 25-Jul-17 | No | | (v) |
| 451 | Email re: updated follow-up letter to states re: data collection and litigation update | Kossack | Kobach | 25-Jul-17 | No | No | (p) |
| 452 | Email chain regarding July 26th data collection follow-up letter (and draft attachments) | Kossack | Kobach, OVP Counsel, OVP staff | 26-Jul-17 | No | No | (p) |
| 453 | Email re: contact information | Kossack | Kobach | 26-Jul-17 | No | No | (c) |
| 454 | Email requesting telephone number for a scheduled telephone call | Kossack | Kobach | 26-Jul-17 | No | No | (c) |
| 456 | Email re: September meeting date/location and Kansas matching program | Kobach | Kossack | 27-Jul-17 | No | No | (f) |
| 458 | Email forwarding July 26, 2017, letter | Kossack | Kobach | 27-Jul-17 | No | No | (c) |
| 459 | for future meetings (and attachment) | Kossack | Kobach | 7/27/2017 - | No | No | (p) |
| 460 | Email forwarding article | von Spakovsky | Kobach | 28-Jul-17 | No | No | (h) |
| 463 | Email re: press article on litigation | Kossack | Kobach | 1-Aug-17 | No | No | (h) |
| 464 | Email re: data collection process | Kobach | OVP Staff | 2-Aug-17 | No | No | (f) |
| 465 | Email re: plan for September meeting (and attachment) | Kossack | Kobach | 3-Aug-17 | No | No | (f) |
| 466 | Email about time to speak | OVP Counsel | Kobach, Williams | 14-Aug-17 | No | No | (c) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 467 | Email re: plan for September meeting (plus attachments related to potential speakers) | Kossack | Kobach | 15-Aug-17 | No | No | (f) |
| 468 | Email regarding availability for a telephone call | OVP Counsel | Kobach | 16-Aug-17 | No | No | (c) |
| 469 | Email re: draft announcement of September meeting | Kossack | Kobach | 17-Aug-17 | No | No | (p) |
| 470 | Email chain re: getting additional staff support for Commission | Kobach | OVP staff | 20-Aug-17 | No | No | (i) |
| 471 | Email chain re: getting additional staff support for Commission | Kobach | OVP Counsel, Kossack | 22-Aug-17 | No | No | (i) |
| 472 | Email chain re: phone call with Kobach, OVP, and DHS staff | Kossack | OVP/DHS staff and Kobach | 22-Aug-17 | No | No | (q) |
| 473 | Email chain re: data collection sources | Kobach | Kossack, OVP and EOP staff | 22-Aug-17 | No | No | (i) |
| 474 | Email re: press release about September meeting announcement | Kossack | Kobach & Gardner | 24-Aug-17 | No | No | (p) |
| 475 | Email re: phone number for DHS call | Kossack | Kobach | 24-Aug-17 | No | No | (p) |
| 476 | announcing Secretary of State Gardner | Kossack | Kobach, OVP Counsel, | 24-Aug-17 | No | No | (c) |
| 477 | Email forwarding draft letter re: meeting material deadline | Kossack | Kobach | 29-Aug-17 | No | No | (p) |
| 478 | Commissioners about meeting materials | Kossack | Kobach | 8/29/2017 | No | No | (p) |
| 479 | Email forwarding draft statement for review | Kossack | Kobach | 30-Aug-17 | No | No | (p) |
| 480 | Email re: draft statement | OVP Counsel | Kobach | 30-Aug-17 | No | No | (p) |
| 482 | Email exchange regarding news article | Third party | Kobach | 30-Aug-17 | No | No | (m) |
| 483 | Email re: draft agenda for September meeting (and attachment) | Kossack | Kobach | 31-Aug-17 | No | No | (p) |
| 484 | Email chain re NH voting study | Kossack | Kobach | 9/6/2017 | No | No | (f) |
| 486 | Email attaching materials for the September 12 meeting | Adams | Kobach, Kossack, Commission Staff, OVP Counsel | 7-Sep-17 | No | No | (r) |
| 487 | Email forwarding August 16, 2017 letter from N.H. Speaker of the House to Secretary Gardner, and Secretary Gardner's September 6, 2017, response | Kossack | Kobach, OVP Counsel | 7-Sep-17 | No | No | (c) |
| 488 | Email forwarding news article | OVP Counsel | Kobach | 7-Sep-17 | No | No | (c) |
| 489 | Email forwarding 2016 NH election results | OVP Counsel | Kobach, copying Kossack | 7-Sep-17 | No | No | (c) |
| 490 | Email forwarding article | Kossack | Kobach (copying OVP Counsel) | 7-Sep-17 | No | No | (c) |
| 492 | Email chain re: scheduling a telephone call | Kossack | Kobach, copying OVP Counsel | 8-Sep-17 | No | No | (c) |
| 494 | Email forwarding summary of presentations and member submissions for September 12 meeting | Kossack | Kobach (copying OVP Counsel) | 11-Sep-17 | No | No | (c) |
| 496 | Email forwarding information about alleged voter fraud in New Hampshire | Member of the Public | Kobach, Blackwell, Adams, von Spakovsky | 14-Sep-17 | No | No | (m) |
| 503 | Email re: submission of litigation document collection material | Kossack | Kobach | 21-Sep-17 | No | No | (c) |
| 504 | Litigation-related material based on Kobach's status as a defendant; covered by attorney work product doctrine and/or attorney-client privilege | | | | No | No | (e), (v) |
| 508 | Text messages re: administrative topics like scheduling | | | | No | No | (c) |
| 515 | Legal memorandum re: propriety of data collection letter | Advocacy group | Sent to Lawson by email | 4-Jul-17 | No | No | (m) |
| 516 | Copy of letter from advocacy group to OMB | Advocacy group | Sent to Lawson by email | 5-Jul-17 | No | No | (m) |
| 528 | Indiana SoS website re: Commission | Members of the | Lawson | 6/28/17 - late July 2017 | No | No | (o) |
| 532 | Follow-up emails re: appointment | Borunda | OVP Staff | 5/30/2017; | No | No | (c) |
| 533 | Email re: time to speak | OVP Counsel | Borunda | 6/12/2017; | No | No | (c) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 534 | Email with background information about role of Secretary of state in elections | Borunda | OVP Counsel | 26-Jun-17 | No | No | (h) |
| 535 | Resignation email | Borunda | OVP Counsel | 3-Jul-17 | No | No | (c) |
| 536 | Email re: setting up time to talk after resignation | OVP Counsel | Borunda | 3-Jul-17 | No | No | (c) |
| 539 | Email forwarding White House Press Release Announcing Commission | OVP Counsel | McCormick | 11-May-17 | No | No | (c) |
| 541 | Email exchange re: Chicago Board of Election | DOJ official | McCormick | 15-May-17 | No | No | (m) |
| 542 | Email providing name and contact information for possible Commission staff | McCormick | OVP Counsel | 23-Jun-17 | No | No | (i) |
| 543 | Email exchange discussing potential sources of information and topics the Commission should consider studying | McCormick | Kossack | 26-Jun-17 | No | No | (f) |
| 544 | Email exchange discussing voting issue with attachment | DOJ official | McCormick | 7/5/17 - 7/6/17 | No | No | (m) |
| 546 | Email forwarding link to news article | McCormick | Kossack | 13-Jul-17 | No | No | (h) |
| 550 | Email exchange discussing possible staff support for Commission | McCormick | Kossack | 21-Jul-17 | No | No | (i) |
| 551 | Email attaching resolutions from NASS meeting | McCormick | Kossack | 24-Jul-17 | No | No | (h) |
| 552 | Email requesting Commission's general email address and discussing invitation to speak at a meeting. | McCormick | Kossack | 26-Jul-17 | No | No | (c) |
| 553 | Email suggesting locations for future Commission meetings. | McCormick | Kossack and OVP Counsel | 26-Jul-17 | No | No | (c) |
| 554 | Email forwarding names of a potential staff person for the Commission | McCormick | Kossack | 30-Jul-17 | No | No | (i) |
| 555 | Letter to Kobach from potential staff person | Potential staff | Kobach | 15-Aug-17 | No | No | (w) |
| 556 | Email attaching resume, letter, and sample analysis | Potential staff | McCormick | 15-Aug-17 | No | No | (w) |
| 557 | Sample analysis | Potential staff | McCormick | 15-Aug-17 | No | No | (w) |
| 558 | Potential staff resume | Potential staff | McCormick | 15-Aug-17 | No | No | (w) |
| 559 | Email attaching resume, letter, and sample analysis | Potential staff | McCormick | 16-Aug-17 | No | No | (w) |
| 560 | Email exchange regarding availability for call/meeting | Potential staff | McCormick | 16-Aug-17 | No | No | (w) |
| 561 | Email requesting call | McCormick | Kobach | 18-Aug-17 | No | No | (c) |
| 562 | Email forwarding potential staff person's resume, letter, and sample analysis | McCormick | Kobach | 19-Aug-17 | No | No | (i) |
| 564 | E-mail forwarding link to news article | DOJ official | McCormick | 5-Sep-17 | No | No | (m) |
| 565 | Email exchange discussing Chicago voting issue | Third party | McCormick, DOJ official | 9/6/27, 9/11/17 | No | No | (m) |
| 568 | records search | Kossack | McCormick | 9/19/17 | No | No | (c) |
| 569 | NASS Resolution Calling for Federal Agency Assistance in | NASS | Secretaries of State; McCormick | Adopted Summer 2012; Reauthorized Summer 2017 | No | No | (m) |
| 573 | Mail from Various Senders | Members of the | McCormick | various dates | No | No | (o) |
| 577 | Email re: introductory call | von Spakovsky | Kossack | 13-Jun-17 | No | No | (c) |
| 578 | members | von Spakovsky | Counsel, Kossack | 6/14/17 | No | No | (g) |
| 579 | Email exchange re: scheduling a meeting | Kossack | von Spakovsky | 28-Jun-17 | No | No | (c) |
| 580 | Email forwarding link to best practices booklet on accurate voter roles | von Spakovsky | Kossack | 29-Jun-17 | No | No | (h) |
| 581 | Email forwarding link to 2005 GAO report on voter registration lists | von Spakovsky | Kossack | 29-Jun-17 | No | No | (h) |
| 582 | Email forwarding news article | von Spakovsky | Kossack | 29-Jun-17 | No | No | (h) |
| 585 | Email containing statutory citations | von Spakovsky | Kossack | 30-Jun-17 | No | No | (h) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 586 | Email forwarding email from third party offering to work with the Commission | von Spakovsky | Kossack | 5-Jul-17 | No | No | (i) |
| 588 | Email exchange regarding call received about data availability | von Spakovsky | Kossack, Kobach | 6-Jul-17 | No | No | (i) |
| 589 | Email forwarding July 8, 2017 email about data availability | von Spakovsky | Commission Staff | 10-Jul-17 | No | No | (i) |
| 591 | Email exchange confirming von Spakovsky's title and discussing recent interviews | Kossack | von Spakovsky | 11-Jul-17 | No | No | (c) |
| 592 | Email exchange regarding request for guests to attend July 19 meeting | von Spakovsky | Kossack | 17-Jul-17 | No | No | (c) |
| 595 | Email forwarding link to von Spakovsky interview | von Spakovsky | Commission Staff | 25-Jul-17 | No | No | (h) |
| 596 | Email exchange regarding von Spakovsky's recommendation of an expert | von Spakovsky | Kossack | 28-Jul-17 | No | No | (i) |
| 597 | Email forwarding op-ed | von Spakovsky | Commission Staff | 3-Aug-17 | No | No | (h) |
| 599 | Email exchange regarding scheduling call | Commission Staff | von Spakovsky | 21-Aug-17 | No | No | (c) |
| 600 | Email forwarding link to news article | von Spakovsky | Kossack | 27-Aug-17 | No | No | (h) |
| 601 | Email exchange about forwarding the materials for Sept. 12, 2017 | Kossack | von Spakovsky | 8-Sep-17 | No | No | (r) |
| 602 | Cover email attaching power point presentation for Sept. 12 meeting | von Spakovsky | Commission Staff | 8-Sep-17 | No | No | (r) |
| 603 | Email exchange regarding request for guests to attend September 12 meeting | von Spakovsky | Kossack | 11-Sep-17 | No | No | (c) |
| 604 | public | Members of the | von Spakovsky | various dates between 7/2017 | No | No | (o) |
| 613 | and related emails discussing data (in | Third-party requestor | Rhodes | 7/11/17 - | No | No | (n) |
| 619 | Email from NASS to members; forwarded on to Rhodes, including election-related news and disclosures (and attachments) | WV Secretary of State | Rhodes | 22-Jul-17 | No | No | (n) |
| 620 | Email forwarding editorial | WV Secretary of State employee | Rhodes | 22-Jul-17 | No | No | (n) |
| 622 | Email correspondence about voting machines | Third party | Rhodes | 10-Aug-17 | No | No | (m) |
| 628 | Materials from members of the public | Members of the | Rhodes | various dates | No | No | (o) |
| 632 | Email about scheduling time to speak | Kossack | Palmer | 3-Aug-17 | No | No | (r) |
| 633 | Email about logistics for visit to EEOB | Kossack | Palmer | 8/7/2017 - | No | No | (r) |
| 634 | up time for discussion | OVP Counsel | Block | 8/11/17 - | No | No | (r) |
| 635 | Email re: recommendations for topics to present during September 12 meeting | Williams | Popper | 16-Aug-17 | No | No | (r) |
| 636 | was not shared with Commission) | Williams | Popper | 8/16/17 - | No | No | (r) |
| 637 | Email sharing contact information of a data analysis expert | Palmer | Kossack | 17-Aug-17 | No | No | (i) |
| 638 | Popper's participation in panel | Judicial Watch Public Affairs | Williams, OVP | 8/17/17 - | No | No | (r) |
| 639 | Email with contact information | Kossack | Lott, Kossack | 22-Aug-17 | No | No | (r) |
| 640 | Email about meeting participation | Kossack | Lott | 22-Aug-17 | No | No | (r) |
| 641 | Email re: potential participation in meeting | Kossack | Rivest | 23-Aug-17 | No | No | (r) |
| 642 | Introductory email chain seeking to discuss participation in Commission meeting; referral from Secretary Gardner | Kossack | Appel | 23-Aug-17 | No | No | (r) |
| 643 | Email about timing for panel | Lott | Kossack | 30-Aug-17 | No | No | (r) |
| 645 | Email re: time to speak about September 12 meeting | Kossack | Rivest | 1-Sep-17 | No | No | (r) |
| 646 | Email re: contact information | Kossack | Smith | 1-Sep-17 | No | No | (r) |
| 647 | participation and time for discussion | Kossack | Hursti | 9/1/2017; | No | No | (r) |
| 648 | (for release); requesting additional | Appel | Kossack | 9/4/2017. | No | No | (r) |

Appendix B: Selected entries from *Vaughn*-type index

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 651 | Email re: meeting agenda and time to submit presentation materials | Kossack | Rivest | 5-Sep-17 | No | No | (r) |
| 652 | Email re: panel name and participants | Kossack | Hursti | 6-Sep-17 | No | No | (r) |
| 653 | Email about preferred presenter title | Palmer | Kossack | 6-Sep-17 | No | No | (r) |
| 654 | Email with contact information | Kossack | Block | 7-Sep-17 | No | No | (r) |
| 655 | Email with presentation and question re: logistics | Block | Kossack | 7-Sep-17 | No | No | (r) |
| 656 | Email re: posting report to webpage | Kossack | Block | 7-Sep-17 | No | No | (r) |
| 657 | Cover email sending rough draft of presentation (final version is posted) and copy of research paper to be discussed at meeting (paper is posted) | Lott | Kossack | 7-Sep-17 | No | No | (r) |
| 658 | Email re: draft meeting presentation, including link to newspaper article | Lott | Kossack | 9/7/2017, 9/8/17 | No | No | (r) |
| 659 | presentation materials | Rivest | Kossack | 9/7/2017, | No | No | (r) |
| 660 | Email sharing presenter materials for Sept. 12 meeting (and follow-up with link to public website posting) | Kossack | Panelists | 8-Sep-17 | No | No | (r) |
| 661 | Email with Popper's attached written statement (plus additional draft with non-text changes) | Popper | Williams, Kossack | 8-Sep-17 | No | No | (r) |
| 662 | Emails re: event timing | Judicial Watch Public Affairs | Lotter, Kossack | 8-Sep-17 | No | No | (r) |
| 663 | Email re: draft slides | Hursti assistant | Kossack | 8-Sep-17 | No | No | (r) |
| 664 | Email re: providing copy of slides (and follow-up email) | Smith | Kossack | 8-Sep-17 | No | No | (r) |
| 665 | Email about logistics for September 12 meeting | Kossack | Panelists | 11-Sep-17 | No | No | (r) |
| 666 | Email about meeting logistics | Hursti | Kossack | 11-Sep-17 | No | No | (r) |
| 667 | Email with changes to presentation | Block | Kossack | 11-Sep-17 | No | No | (r) |
| 668 | Email re: fixing typo in presentation | Lott | Kossack | 11-Sep-17 | No | No | (r) |
| 669 | Email re: presentation time | Rivest | Williams/Kossack | 11-Sep-17 | No | No | (r) |
| 670 | Email re: bringing copy of presentation | Smith | Kossack | 11-Sep-17 | No | No | (r) |
| 671 | Press release about Popper participation in PACEI | Judicial Watch Public Affairs | Forwarded to Kossack, VP Press, VP Counsel | 11-Sep-17 | No | No | (r) |
| 672 | Emails re: meeting logistics | Kossack | Lott, Kossack | 9/11/2017; | No | No | (r) |
| 673 | Email re: link to September 12 video | Lott | Kossack | 12-Sep-17 | No | No | (r) |
| 674 | Email re: fixing a typo in slides | Rivest | Kossack | 12-Sep-17 | No | No | (r) |
| 678 | Email including article about Lott | Lott | Kossack | 22-Sep-17 | No | No | (r) |
| 679 | Email re: posting of Sept. 12 video | Rivest | Kossack | 23-Sep-17 | No | No | (r) |
| 681 | Email chain from DHS requesting information about the scope of the Commission's work | DHS | OVP Counsel | 12-May-17 | No | | (x) |
| 682 | call | DHS | OVP Counsel | 05/15/2017, | No | No | (q) |
| 687 | Email about setting up time to speak | Kossack | DOJ official | 15-Jun-17 | No | No | (q) |
| 689 | Commission | Counsel to OVP | DHS, Kossack | 6/19/2017, | No | No | (q) |
| 693 | Planner for a call with DHS personnel | Kossack | DHS personnel, OVP staff, Kobach | 21-Jun-17 | No | No | (q) |
| 701 | Follow up scheduling email with DHS personnel | Kossack | DHS staff | 28-Jun-17 | No | No | (q) |
| 703 | Follow-up email re: getting response | DHS Official | Kossack | 1-Jul-17 | No | No | (q) |
| 705 | Email about potential future coordination/overlap between entities | DHS | OVP staff, OVP counsel, Kossack | 6-Jul-17 | No | No | (x) |
| 706 | Email re: setting up time to talk | DHS Official | OVP Counsel, Kossack | 6-Jul-17 | No | No | (q) |
| 711 | Email discussion about time for meeting | OVP Counsel | DHS Official | 8-Jul-17 | No | No | (q) |
| 735 | Scheduling call | Kossack | DHS Official OVP staff, OVP counsel | 25-Jul-17 | No | No | (q) |
| 738 | Email chain and planner setting a time for call [related to litigation] | Kossack | DHS Official and Staff, DOJ | 1-Aug-17 | No | No | (q) |
| 739 | Call about litigation | Kossack | DHS | 1-Aug-17 | No | No | (q) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 741 | Email chain and planner setting a time for call [related to litigation] | DHS Official | Kossack, DHS, DOJ | 2-Aug-17 | No | No | (q) |
| 742 | Email chain and planner setting a time for call [related to litigation] | Kossack | DHS Official | 3-Aug-17 | No | No | (q) |
| 743 | Email chain re: disclosability of state-provided data | AZ Secretary of State's Office | Kossack | 9-Aug-17 | No | No | (x) |
| 744 | for call | Kossack | DHS Official, OVP | 8/15/17 | No | No | (q) |
| 747 | Email contact with SSA re: SSA data | SSA Official | Kossack | 17-Aug-17 | No | No | (x) |
| 748 | Email re: collecting data from non-state entities (chain) | Kossack | DOJ | 22-Aug-17 | No | No | (v) |
| 749 | a time to speak | Kossack | DHS Official, Kobach, OVP | 8/22/2017, | No | No | (q) |
| 750 | Email about setting-up meeting | DHS | Kobach | 24-Aug-17 | No | No | (q) |
| 755 | Internal discussions about media requests & media strategy | | | | No | No | (e) |
| 757 | Internal emails re: potential staff support person | | | | No | No | (e) |
| 758 | Internal discussions and documents re: potential Commission members | | | | No | No | (e) |
| 759 | Internal discussion and documents re: potential panelists | | | | No | No | (e), (r) |
| 760 | Internal research on critical infrastructure designation for election systems | | | | No | No | (e) |
| 761 | Internal briefing memos about Commission activities | | | | No | No | (e) |
| 762 | Internal discussions about meeting logistics | | | | No | No | (d) |
| 764 | Internal discussions about June 28 call | | | | No | No | (e) |
| 765 | Internal discussion about OVP meetings with third-parties about Commission asssitance | | | | No | No | (e) |
| 767 | Email discussions with or about DFO on President's Commission on Drug Addiction and Opioid Crisis about managing a committee | | | | No | No | (q) |
| 768 | Internal discussions re: response to June 28 letter and Borunda resignation | | | | No | No | (e) |
| 769 | Internal discussions about responding to inquiries from public officials | | | | No | No | (d) |
| 770 | Internal discussions of July 19 meeting (agenda, remarks) | | | | No | No | (e) |
| 771 | Internal discussions re vendors/consultants (emails, documents) | | | | No | No | (e) |
| 772 | Internal discussions about posting public comments | | | | No | No | (d) |
| 774 | Commission staff research or suggesting ideas relating to substance of Commission's work | | | | No | No | (e) |
| 775 | Commission staff discussion about potential topics for Commission review | | | | No | No | (e) |
| 776 | Internal discussions over press releases after litigation events | | | | No | No | (e) |
| 777 | Internal emails re: records management | | | | No | No | (e) |
| 778 | Litigation documents and emails (e.g., service copies, final versions, drafts, comments on drafts, discussion of legal strategy, updates, etc.) (internal and with DOJ) | | | | No | No | (v) |

Appendix B: Selected entries from *Vaughn* -type Index

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 779 | Internal discussions about budget and finance issues | | | | No | No | (e) |
| 780 | Internal discussions about subjects for potential Commission report | | | | No | No | (e) |
| 781 | Internal emails re: discussing next steps for Commission | | | | No | No | (e) |
| 782 | Internal discussion about responding to records requests (FACA, FOIA) | | | | No | No | (e) |
| 784 | Internal emails discussing draft DOD talking points re: SAFE site and suggesting changes | EOP staff | EOP Staff | 11-Jul-17 | No | No | (e) |
| 785 | Legal research conducted by staff/internal legal consultation (documents and emails) | | | | No | No | (e) |
| 786 | Copies of June 28 letter; list of state election officials; list of research from states | | | | No | No | (e) |
| 787 | Internal discussions about draft Commission documents | | | | No | No | (e) |
| 789 | Copies of bylaws and Roberts Rules of Order | | | | No | No | (d) |
| 790 | Hardcopies of GSA ethics rules and materials. | | | | No | No | (d) |
| 793 | Unsolicited requests from third-parties to Commission staff to join the Commission | | | | No | No | (w) |
| 794 | Emails and proposals with/from third-party data analysis entities | | | | No | No | (w) |
| 795 | Emails from third parties to Commission staff about potential collaboration | | | | No | No | (w) |
| 796 | Third party provided list of suggested witnesses | | | | No | No | (w) |
| 798 | Emails with potential panelist about participation (and declines) | | | | No | No | (r) |
| 799 | Emails from third parties about data sources | | | | No | No | (i) |
| 801 | Constituent letters to Vice President or Commission members | | | | No | No | (o) |
| 803 | Unsolicited emails by individuals alleging voter fraud | | | | No | No | (w) |