# Exhibit 5

## Friedman, Daniel (x2378)

| | |
|---|---|
| **From:** | Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov> |
| **Sent:** | Thursday, December 21, 2017 1:35 PM |
| **To:** | Friedman, Daniel (x2378) |
| **Cc:** | 'Kristina.wolfe@usdoj.gov'; 'carol.federighi@usdoj.gov'; 'Elizabeth.shapiro@usdoj.gov'; msloan@americanoversight.org; Austin Evers; John Bies; Sandick, Harry (x2723) |
| **Subject:** | RE: Dunlap v. PACEI |
| | |
| **FilingDate:** | 12/21/2017 6:36:00 PM |

Dear Dan:

Thank you for your email.  Unfortunately, due to the upcoming holidays, the need to consult with our client, and the press of other pre-scheduled deadlines, we will not be able to provide a substantive response to Mr. Sandick's letter by tomorrow.  We will provide a substantive response as soon as possible in the new year.

All my best, and happy holidays.

Joey

____

Joey Borson
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
ph: (202) 514-1944
joseph.borson@usdoj.gov

---

**From:** Friedman, Daniel (x2378) [mailto:dfriedman@pbwt.com]
**Sent:** Friday, December 15, 2017 5:15 PM
**To:** Borson, Joseph (CIV) <jborson@CIV.USDOJ.GOV>
**Cc:** 'Kristina.wolfe@usdoj.gov'; 'carol.federighi@usdoj.gov'; 'Elizabeth.shapiro@usdoj.gov'; msloan@americanoversight.org; Austin Evers <austin.evers@americanoversight.org>; John Bies <john.bies@americanoversight.org>; Sandick, Harry (x2723) <hsandick@pbwt.com>
**Subject:** RE: Dunlap v. PACEI

Joey,

Please see the attached letter.  Have a great weekend.

Yours,
Dan

**Daniel A. Friedman**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas

1

New York, NY 10036-6710
212-336-2378
dfriedman@pbwt.com

---

**From:** Borson, Joseph (CIV) [mailto:Joseph.Borson@usdoj.gov]
**Sent:** Friday, December 01, 2017 6:30 PM
**To:** Sandick, Harry (x2723); 'joseph.borson@usdoj.gov'
**Cc:** 'Kristina.wolfe@usdoj.gov'; 'carol.federighi@usdoj.gov'; 'Elizabeth.shapiro@usdoj.gov'; Friedman, Daniel (x2378); msloan@americanoversight.org; Austin Evers; John Bies
**Subject:** RE: Dunlap v. PACEI

Dear Harry,

I hope this finds you well.  Please see the attached letter regarding the above-captioned matter.  Please let us know if you have any questions.

All my best,

Joey

---

**From:** Sandick, Harry (x2723) [mailto:hsandick@pbwt.com]
**Sent:** Tuesday, November 21, 2017 1:53 PM
**To:** 'joseph.borson@usdoj.gov'
**Cc:** 'Kristina.wolfe@usdoj.gov'; 'carol.federighi@usdoj.gov'; 'Elizabeth.shapiro@usdoj.gov'; Friedman, Daniel (x2378) <dfriedman@pbwt.com>; msloan@americanoversight.org; Austin Evers <austin.evers@americanoversight.org>; John Bies <john.bies@americanoversight.org>
**Subject:** Dunlap v. PACEI

Joey,

Attached please find a letter regarding the above-captioned matter.  Please let us know if you have any questions.

Best regards,

Harry

Harry Sandick
Partner
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2723
(212) 336-1215 (fax)
hsandick@pbwt.com
www.pbwt.com

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise

immediately if you or your employer do not consent to Internet email for messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.