UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>　　　　　　　　　Plaintiff,<br><br>　　- versus -<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; MICHAEL R. PENCE, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; KRIS W. KOBACH, IN HIS OFFICIAL CAPACITY AS VICE CHAIR OF THE PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; ANDREW KOSSACK, IN HIS OFFICIAL CAPACITY AS DESIGNATED FEDERAL OFFICER FOR THE PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; GENERAL SERVICES ADMINISTRATION; TIMOTHY R. HORNE, IN HIS OFFICIAL CAPACITY AS ACTING ADMINISTRATOR OF THE GENERAL SERVICES ADMINISTRATION; EXECUTIVE OFFICE OF THE PRESIDENT; OFFICE OF THE VICE PRESIDENT; OFFICE OF ADMINISTRATION; MARCIA L. KELLY, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ADMINISTRATION,<br><br>　　　　　　　　　Defendants. | Civil Action No. 17-cv-2361-CKK |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE A PRESERVATION SUBPOENA**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached Memorandum of Law in Support of this Motion and the attached exhibits, Plaintiff Matthew Dunlap, Secretary of State of Maine ("Secretary Dunlap"), respectfully moves for entry of an order granting him leave to serve a subpoena upon Defendant Kris W. Kobach seeking the preservation of documents or, in the alternative, the production of documents. Pursuant to Local Rule 7(m), counsel for Secretary Dunlap state that they wrote to DOJ attorneys on the afternoon of January 29, 2018 to determine

1

whether there is any opposition to the relief sought.  As reflected in DOJ's January 30 response, attached as Exhibit 5, DOJ opposes the instant motion.

Dated:  January 31, 2018                                  Respectfully submitted,

                                             By:
                                                 /s/ Harry Sandick

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel S. Ruzumna (D.C. Bar No. 450040)
Harry Sandick (admitted *pro hac vice*)
Daniel A. Friedman (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, N.Y. 10036
Tel:  (212) 336-2000
Fax:  (212) 336-2222
druzumna@pbwt.com
hsandick@pbwt.com
dfriedman@pbwt.com

AMERICAN OVERSIGHT
Austin R. Evers (D.C. Bar No. 1002367)
Melanie Sloan (D.C. Bar No. 434584)
John E. Bies (D.C. Bar No. 483730)
Cerissa Cafasso (D.C. Bar No. 1011003)
1030 15th Street NW, B255
Washington, DC 20005
Tel: (202) 869-5246
austin.evers@americanoversight.org
msloan@americanoversight.org
john.bies@americanoversight.org
cerissa.cafasso@americanoversight.org

*Attorneys for Plaintiff Matthew Dunlap*