# Exhibit 1

Case 1:17-cv-02361-CKK   Document 50-1   Filed 12/01/17   Page 1 of 2

# EXHIBIT D

**KRIS W. KOBACH**
Secretary of State



Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594
(785) 296-4575
www.sos.ks.gov

# STATE OF KANSAS

January 16, 2018

Elizabeth J. Shapiro
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Dear Ms. Shapiro,

I write in response to your request to provide a declaration in conjunction with a lawsuit against the former Commission. Specifically, I am in receipt of a copy of the January 8, 2018, and January 12, 2018, orders issued in *Joyner v. Presidential Advisory Commission on Election Integrity*, No. 17-22568 (Cooke/Goodman) (S.D. Fla.). I understand from the order that the Court is interested in an update to the July 26, 2017, letter that I sent to the Secretaries of State of all fifty states and the District of Columbia seeking publicly available state voting data. I wrote that letter in my former capacity as the Vice-Chair of the President's Advisory Commission on Election Integrity (PACEI). My recollection is that, pursuant to my request, the PACEI ultimately received data from 19 states, including the State of Florida, and one county.

As you are aware, however, since the PACEI's dissolution on January 3, 2018, I am no longer Vice-Chair, and can no longer speak for it. A declaration, therefore, would not be appropriate. I can say, however, that I never accessed the state voting data that the PACEI collected, and I do not now have access to it.

Yours truly,

KRIS W. KOBACH
Kansas Secretary of State