UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW DUNLAP,

*Plaintiff*,

v.

PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,

*Defendants.*

Civil Action No. 17-2361 (CKK)

**ORDER**
(June 27, 2018)

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby

**DENIES** Plaintiff's [35] Application for a Temporary Restraining Order;

**DENIES** Defendants' [39] Motion to Reconsider This Court's December 22, 2017, Order, including Defendants' request for a stay of this decision pending their determination of whether to appeal, as well as during any appeal, subject to any finding that the Court lacks jurisdiction over aspects of the case under consideration by the D.C. Circuit; and,

in an exercise of the Court's discretion, **DENIES** Plaintiff's [48] Motion for Leave to Serve a Preservation Subpoena.

Plaintiff is entitled under *Cummock v. Gore*, 180 F.3d 282 (D.C. Cir. 1999), to the preliminary relief guaranteed by the Court's December 22, 2017, Order, as further clarified in the accompanying Memorandum Opinion, but not to anything more at this time. Defendants must produce the relevant documents by no later than **JULY 18, 2018**.

The parties shall submit a Joint Status Report by no later than **JULY 27, 2018,** indicating how they propose to proceed on the merits.

**SO ORDERED.**

Dated: June 27, 2018

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge