# EXHIBIT A



**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
|---|---|
| P.O. Box 883 | 950 Pennsylvania Ave., N.W. |
| Washington, D.C. 20044 | Washington, D.C. 20530 |

April 15, 2018

Harry Sandick
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
hsandick@pbwt.com

    Re: *Dunlap v. Presidential Advisory Commission on Election Integrity, et al.*, No. 17-cv-2361 (CKK) (D.D.C.)

Dear Mr. Sandick:

    Thank you for your letter of April 3, 2018. The White House Office of Records Management ("WHORM") has confirmed that all former Commission members have either sent in any remaining Commission records which they had not previously provided to the White House, or have confirmed that they do not have any additional records beyond those they have already transmitted.

    As we have stated in our earlier briefing, we disagree with your view that your client is entitled to these records under FACA or any other legal theory, and that issue is currently pending before the court.

                        Sincerely,

                          */s/ Joseph E. Borson*
                        ELIZABETH J. SHAPIRO
                        CAROL FEDERIGHI
                        KRISTINA A. WOLFE
                        JOSEPH E. BORSON
                        United States Department of Justice
                        Civil Division, Federal Programs Branch
                        P.O. Box 883
                        Washington, DC 20044
                        Phone: (202) 514-1944
                        Email: joseph.borson@usdoj.gov

                        *Counsel for Defendants*