# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY *et al.*,<br><br>Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's June 27, 2018, Order (Docket No. 51) and Memorandum Opinion (Docket No. 52), denying Defendants' motion for reconsideration of this Court's December 22, 2017, Order and Memorandum Opinion granting-in-part Plaintiff's motion for a preliminary injunction (Docket Nos. 32 & 33).

Dated:  August 24, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Kristina A. Wolfe*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 353-4519 / Fax: (202) 616-8460
E-mail: kristina.wolfe@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which shall send notice to all counsel of record.

*/s/ Kristina A. Wolfe*
Kristina A. Wolfe