**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>          Plaintiff,<br><br>     v.<br><br>PRESIDENTIAL ADVISORY<br>COMMISSION ON ELECTION<br>INTEGRITY *et al.*,<br><br>          Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

## <u>JOINT STATUS REPORT</u>

In compliance with this Court's September 17, 2018 Minute Order, the parties submit the

following joint status report.

Pursuant to this Court's order, the parties have engaged in a meet-and-confer process in

an effort to "further narrow the categories of documents in dispute."  The parties have had a

telephone meet and confer call, have exchanged written proposals, and are currently evaluating

the respective proposals to determine whether and how best they might narrow the dispute.  To

allow those discussions to continue, including time to conduct necessary consultations with

counsels' clients, the parties jointly request that they be given until Tuesday, October 9, 2018, to

submit a further joint status report.

Dated:  September 28, 2018

PATTERSON BELKNAP WEBB &
TYLER LLP

*/s/ Harry Sandick*
Daniel S. Ruzumna (D.C. Bar No. 450040)
Harry Sandick (admitted pro hac vice)
Daniel A. Friedman (admitted pro hac vice)
1133 Avenue of the Americas
New York, N.Y. 10036
Tel:  (212) 336-2000
Fax:  (212) 336-2222
druzumna@pbwt.com
hsandick@pbwt.com
dfriedman@pbwt.com

AMERICAN OVERSIGHT
Austin R. Evers (D.C. Bar No. 1002367)
Melanie Sloan (D.C. Bar No. 434584)
John E. Bies (D.C. Bar No. 483730)
Cerissa Cafasso (D.C. Bar No. 1011003)
1030 15th Street NW, B255
Washington, DC 20005
Tel: (202) 869-5246
austin.evers@americanoversight.org
msloan@americanoversight.org
john.bies@americanoversight.org
cerissa.cafasso@americanoversight.org

*Attorneys for Plaintiff Matthew Dunlap*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Joseph E. Borson*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON (VA Bar No. 85519)
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-1944/ Fax: (202) 616-8460
E-mail: Joseph.Borson@usdoj.gov

*Counsel for Defendants*