**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MATTHEW DUNLAP,<br><br>     Plaintiff,<br><br>  v.<br><br>PRESIDENTIAL ADVISORY<br>COMMISSION ON ELECTION<br>INTEGRITY *et al.*,<br><br>     Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

**JOINT STATUS REPORT**

In compliance with this Court's October 12, 2018 Order, the parties submit the following joint status report identifying the categories of materials as defined in that Order.

**I. Documents Plaintiff Has Conditionally Offered to Forgo.**

| Category[1] | Approx. Date Range |
|---|---|
| Internal discussion about Sept. 12 meeting logistics (Federal Register notice publication) | August 9 to 17, 2018 |
| Internal discussion about Sept. 12 meeting logistics (press release announcing meeting) | August 17 to 23, 2017 |
| Internal discussions about Sept. 12 meeting logistics (email to members about logistics, misc. logistics discussions) | Aug. 24 to Sept. 12, 2017 |
| Internal emails re: staff support person/detailees (including HR and logistics) | June 7 to October 19, 2017 |
| Materials forwarded to Commission staff by NASS | July 24, 2017 |
| Letter from Indiana re: critical infrastructure designation for election systems | November 2, 2017 |

---

[1] These six categories are in addition to the 33 categories that Plaintiff previously agreed to forgo.  *See* ECF No. 59, at 21-24.

## II.      Documents Defendants Have Conditionally Offered to Provide.

Defendants take the position that the following documents are not subject to disclosure pursuant to this Court's preliminary injunction order.  Accordingly, they offered to provide the following categories of document to plaintiff in the context of settlement discussions only on the condition that the entire case be resolved; plaintiff having declined to do so, defendants withdrew that offer.[2]  To date, defendants have produced approximately 1,800 documents to plaintiff.  *See* ECF No. 54, at 2.

| Category[3] | Approx. Date Range |
|---|---|
| *Hard copies of unsolicited public comments | Undated, but roughly life of Commission. |
| Unsolicited requests from third-parties to Commission/WH staff to join the Commission | August 16 to 27, 2017 |
| Emails/documents from third-parties to Commission staff about potential collaboration | June 2 to Nov. 3, 2017 |
| Third-party provided list of suggested witnesses to EOP/Commission staff | July 31 to Sept. 15, 2017 |
| Email from third-party about data sources | June 5 to Sept. 20, 2017 |
| Constituent letters to Vice President and received by Commission staff | July 20, 2017 |
| Unsolicited emails/communications from individuals alleging voter fraud | Aug. 4 to Sept. 19, 2017 |
| Emails between Commission staff and states about mechanics of data sources | July 10 to Oct. 4, 2017 |
| Email re: meal and follow-up study between Commission staff and Sept. 12 panelist | Sept. 19, 2017 to Jan. 3, 2018 |
| Email re: follow-up between Commission staff and Sept. 12 panelist about election studies | Sept. 27 to Oct. 10, 2017 |
| *Letter from Indiana re: critical infrastructure designation for election systems | November 2, 2017 |

[2] One of the twelve categories of documents defendants had conditionally offered to provide was, in fact, provided on October 9, 2018.  *See* ECF No. 61, Ex. 1.

[3] The categories set out with an asterisk are those where defendants offered to produce in the context of settlement, but where plaintiff also offered to forgo, either because he stated that they were not required to be produced by the Court's Orders (hard copies of unsolicited public comments, ECF No. 59 at 22), or because he had conditionally offered to forgo in the context of settlement (letter from Indiana, *see* section I, *supra*).

### III.    Internal Office of the Vice President and Executive Office of the President Records.[4]

| Category | Date Range |
|---|---|
| Internal discussions about data collection process, including July 7 letter to states | July 5 to July 18, 2017 |
| Internal discussions about data collection process, including data collection process (storage of documents, technical issues) | June 26 to September 26, 2017 |
| Internal discussions about data collection process, including July 10 email to states to hold off submitting materials pending *EPIC* TRO) | July 9 to 10, 2017 |
| Internal discussions re: data collection from third-parties | August 2 to 25, 2017 |
| Internal discussions re: data collection process (discussions about July 26 follow-up letter re: collection mechanics) | July 25 to 26, 2017 |
| Internal emails re: staff support person/detailees (including HR and logistics) | June 7 to October 19, 2017 |
| Internal discussions and documents (e.g., briefing memos) on appointment of potential members to Commission | June 1 to July 10, 2017 |
| Internal memos/drafts to VP re: update on Commission activities/litigation | June 23 to December 1, 2018 |
| Internal discussions re: timing, potential location, and logistics of first meeting | June 1 to June 27, 2017 |
| Internal discussions/vetting of Sept. 12 meeting panelists | August 3 to 31, 2017 |
| Internal discussion about Sept. 12 meeting logistics (Federal Register notice publication) | August 9 to 17, 2017 |
| Internal discussion about Sept. 12 meeting logistics (press release announcing meeting) | August 17 to 23, 2017 |
| Internal discussion about Sept. 12 meeting logistics (draft agenda) | Aug. 17 to Sept. 5, 2017 |
| Internal discussions about Sept. 12 meeting logistics (email to members about logistics, misc. logistics discussions) | Aug. 24 to Sept. 12, 2017 |
| Internal discussions about Sept. 12 meeting logistics (member-submitted materials) | Sept. 7, 2017 |
| Internal discussions about Sept. 12 meeting logistics (summary, meeting minutes) | Sept. 23 to Dec. 7, 2017 |

---

[4] For this category and the following category, defendants omitted categories of documents where plaintiff "agrees that these documents are not required to be produced under the Court's Orders." ECF No. 59, at 21-24.  Defendants object to the production of the documents in this category for, inter alia, the reasons previously stated. *See* ECF No. 61.

| Internal discussions about June 28 letter (mechanics, logistics, address research) | June 20 to 27, 2017 |
|---|---|
| Internal discussions about OVP meetings/discussion with third-parties about potential assistance to Commission | Aug. 11 to 22, 2017 |
| Internal discussions re: response to June 28 letter and Borunda resignation | July 3, 2017 |
| Internal discussions about responding to inquiries from public officials | July 6 to Oct. 18, 2017 |
| Internal discussions of July 19 meeting (agenda, VP remark, logistics) | July 10 to 19, 2017 |
| Internal research on previous presidential commissions on election issues | June 26, 2017 |
| Commission staff research or suggesting ideas relating to substance of Commission's work | July 12 to Oct. 4, 2017 |
| Internal emails re: records management | July 24, 2018 to Dec. 8, 2017 |
| Internal emails re: scheduling time to discuss next steps for Commission | July 8 to Sept. 13, 2017 |
| Internal discussion of current status of Commission and potential plans | Sept. 13 to Dec. 1, 2017 |
| Internal emails discussing draft DOD talking points re: SAFE site and suggesting changes | July 7, 2017 |
| Legal research conducted by staff/internal legal consultation | June 1 to July 18, 2017 |
| Internal discussions about future status of Commission | Sept. 26, 2017 to Jan 3, 2018 |

## IV.     Other Documents.

| Category | Approx. Date Range |
|---|---|
| Emails discussing potential Commission members (e.g., *Vaughn* Index entry Nos. 361, 167) | Approx. June 2017 – early July 2017 |
| Emails and proposals with/from third-party data analysis entities and Commission/EOP staff | July 11 to Sept. 14, 2017 |
| Email with potential panelist about participation in Sept. 12 meeting | Aug. 17 to 22, 2017 |
| Materials forwarded to Commission staff by NASS | July 24, 2017 |
| Emails with public/staff attendees at Sept. 12 meeting | Aug. 28 to Sept 12, 2017 |
| Inquiry from DHS re: current status of Commission; internal talking points | November 5, 2017 |

Dated:  October 24, 2018

PATTERSON BELKNAP WEBB &
TYLER LLP

*/s/ Harry Sandick*
Daniel S. Ruzumna (D.C. Bar No. 450040)
Harry Sandick (admitted pro hac vice)
Daniel A. Friedman (admitted pro hac vice)
1133 Avenue of the Americas
New York, N.Y. 10036
Tel:  (212) 336-2000
Fax:  (212) 336-2222
druzumna@pbwt.com
hsandick@pbwt.com
dfriedman@pbwt.com

AMERICAN OVERSIGHT
Austin R. Evers (D.C. Bar No. 1002367)
Melanie Sloan (D.C. Bar No. 434584)
John E. Bies (D.C. Bar No. 483730)
Cerissa Cafasso (D.C. Bar No. 1011003)
1030 15th Street NW, B255
Washington, DC 20005
Tel: (202) 869-5246
austin.evers@americanoversight.org
msloan@americanoversight.org
john.bies@americanoversight.org
cerissa.cafasso@americanoversight.org

*Attorneys for Plaintiff Matthew Dunlap*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Joseph E. Borson*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON (VA Bar No. 85519)
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-1944/ Fax: (202) 616-8460
E-mail: Joseph.Borson@usdoj.gov

*Counsel for Defendants*