UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>                    Plaintiff,<br><br>- versus -<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; MICHAEL R. PENCE, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; KRIS W. KOBACH, IN HIS OFFICIAL CAPACITY AS VICE CHAIR OF THE PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; ANDREW KOSSACK, IN HIS OFFICIAL CAPACITY AS DESIGNATED FEDERAL OFFICER FOR THE PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; GENERAL SERVICES ADMINISTRATION; TIMOTHY R. HORNE, IN HIS OFFICIAL CAPACITY AS ACTING ADMINISTRATOR OF THE GENERAL SERVICES ADMINISTRATION; EXECUTIVE OFFICE OF THE PRESIDENT; OFFICE OF THE VICE PRESIDENT; OFFICE OF ADMINISTRATION; MARCIA L. KELLY, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ADMINISTRATION,<br><br>                    Defendants. | Civil Action No. 17-cv-2361-CKK |

**PLAINTIFF'S MOTION TO COMPEL
COMPLIANCE WITH THE COURT'S ORDERS**

Pursuant to this Court's January 28, 2019 Order (ECF No. 64) and Minute Order of February 28, 2019, and for the reasons set forth in the accompanying Memorandum of Law, Plaintiff Maine Secretary of State Matthew Dunlap moves this Court for an order compelling Defendants to comply with the Court's preliminary injunction Order (ECF No. 32), the accompanying Memorandum Opinion (ECF No. 33), and subsequent decisions and orders interpreting the preliminary injunction reflected therein (ECF Nos. 51, 52, 55, 64). In particular, Secretary Dunlap seeks an order compelling Defendants to produce all documents they have

claimed should not be released because they are "internal and confidential documents sent to the Vice President by his staff, materials written by the Vice President's personal staff for his use, and other internal records of the Office of the Vice President ('OVP') and the Executive Office of the President ('EOP')." Order (ECF No. 64) at 1.

Pursuant to Local Rule 7(m), the parties conferred but were unable to resolve the areas of disagreement addressed by this motion. The parties reported their disagreement and the Court invited formal briefing. Order (ECF No. 64). A proposed order is attached.

Dated: April 12, 2019

Respectfully submitted,

By:
   */s/ Harry Sandick*

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel S. Ruzumna (D.C. Bar No. 450040)
Harry Sandick (admitted *pro hac vice*)
Daniel A. Friedman (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, N.Y. 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
druzumna@pbwt.com
hsandick@pbwt.com
dfriedman@pbwt.com

AMERICAN OVERSIGHT
Austin R. Evers (D.C. Bar No. 1002367)
Melanie Sloan (D.C. Bar No. 434584)
John E. Bies (D.C. Bar No. 483730)
Cerissa Cafasso (D.C. Bar No. 1011003)
1030 15th Street NW, B255
Washington, DC 20005
Tel: (202) 869-5246
austin.evers@americanoversight.org
msloan@americanoversight.org
john.bies@americanoversight.org
cerissa.cafasso@americanoversight.org

*Attorneys for Plaintiff Matthew Dunlap*