**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY *et al.*,<br><br>Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

## DEFENDANTS' MOTION TO DISMISS

Defendants, by their undersigned counsel, hereby move pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of this action for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. The grounds for the aforementioned motion are set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss. A proposed order is also submitted.

Dated: May 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Joseph E. Borson*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON (Va. Bar No. 85519)
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883

Washington, D.C. 20044
Tel: (202) 514-1944 / Fax: (202) 616-8460
E-mail: Joseph.Borson@usdoj.gov

2