**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>                    Plaintiff,<br><br>     v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY *et al.*,<br><br>                    Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

## DEFENDANTS' NOTICE OF DELIVERY FOR *IN CAMERA* INSPECTION

Defendants hereby provide notice that they have delivered to chambers for *in camera* inspection the emails discussing potential Commission members that are the subject of the Court's Minute Order of May 22, 2019.

Dated:  May 29, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Joseph E. Borson*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON (Va. Bar No. 85519)
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-1944 / Fax: (202) 616-8460
E-mail: Joseph.Borson@usdoj.gov