IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY<br>COMMISSION ON ELECTION<br>INTEGRITY *et al.*,<br><br>Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

## SECOND DECLARATION OF PHILIP C. DROEGE

I, Philip C. Droege, declare as follows:

1. I am the Director of the White House Office of Records Management ("WHORM"). In this capacity, I am responsible for managing, preserving, and forwarding to the National Archives and Records Administration ("NARA") at the appropriate time records reflecting the business of the Presidency and Vice Presidency in accordance with the Presidential Records Act. I have held this position since July 2004, and have been an employee of the White House Office since July 1990. The statements made herein are based on my personal knowledge and information made available to me in my official capacity.

2. The White House Office of the Executive Clerk is in charge of collecting all documents signed by the President that form his official public actions. This office therefore maintains the records reflecting the President's appointment or designation of individuals to various commissions and committees. I have reviewed the records maintained by the Executive Clerk's office, as well as Executive Order 13,799, which created the Presidential Advisory

Commission on Election Integrity (the "Commission") and designated the Vice President as Chair. *See* Exec. Order No. 13,799, 82 Fed Reg. 22,389 (May 11, 2017). The appointment dates are reflected in the below table.

3. With two exceptions, all members of the Commission served until the Commission was terminated by the President on January 3, 2018, pursuant to Executive Order No. 13,820, 83 Fed. Reg. 969 (Jan 3, 2018). Those two exceptions were Luis Borunda, who resigned effective July 3, 2017, and David Dunn, who died on October 16, 2017. I have reviewed Mr. Borunda's email tendering his resignation and a newspaper article reporting Mr. Dunn's death.

4. The appointment and termination dates of the members of the former Commission, as discussed above, are as follows:

| Individual | Appointment Date | Termination Date |
|---|---|---|
| Adams, J. Christian | July 11, 2017 | January 3, 2018 |
| Blackwell, J. Kenneth | June 23, 2017 | January 3, 2018 |
| Borunda, Luis | June 23, 2017 | July 3, 2017 |
| Dunlap, Matthew | June 23, 2017 | January 3, 2018 |
| Dunn, David K. | June 23, 2017 | October 16, 2017 |
| Gardner, William | June 23, 2017 | January 3, 2018 |
| King, Alan Lamar | July 11, 2017 | January 3, 2018 |
| Kobach, Kris | June 23, 2017 | January 3, 2018 |
| Lawson, Constance | June 23, 2017 | January 3, 2018 |
| McCormick, Christy A. | June 23, 2017 | January 3, 2018 |

| Pence, Michael R. | May 11, 2017[1] | January 3, 2018 |
| --- | --- | --- |
| Rhodes, Mark | June 23, 2017 | January 3, 2018 |
| von Spakovsky, Hans A. | July 11, 2017 | January 3, 2018 |

5.  I have also reviewed various White House press releases announcing the President's intent to appoint individuals to the former Commission. For example, on June 29, 2017, the President announced his intent to appoint Mr. von Spakovsky to the former Commission,[2] and on July 10, 2017, the President announced his intent to appoint Mr. Adams and Mr. King to the former Commission.[3] As I have confirmed with the White House Office of the Executive Clerk, these individuals were not, however, appointed by the President to the former Commission until the dates reflected in the table above.[4]

---

[1] The Vice President was not separately appointed by the President, but was designated as chair pursuant to Executive Order No. 13,799, which the President signed on May 11, 2017.

[2] President Donald J. Trump Announces Key Additions to his Administration (June 29, 2017), https://www.whitehouse.gov/presidential-actions/president-donald-j-trump-announces-key-additions-administration-4/

[3] President Donald J. Trump Announces Key Additions to his Administration (July 10, 2017), https://www.whitehouse.gov/presidential-actions/president-donald-j-trump-announces-key-additions-administration-9/

[4] I have also reviewed a press release in which the President "named" Mr. Kobach, Ms. Lawson, Mr. Gardner, Mr. Dunlap, Mr. Blackwell, Ms. McCormick, and Vice President Pence to the former Commission on May 11, 2017. *See* President Announces Formation of Bipartisan Presidential Commission on Election Integrity (May 11, 2017), https://www.whitehouse.gov/briefings-statements/president-announces-formation-bipartisan-presidential-commission-election-integrity/. Similarly, on June 21, 2017, the White House published a press release, which I have reviewed, in which the President announced his intent to appoint Mr. Borunda, Mr. Dunn, and Mr. Rhodes to the former Commission. As I have confirmed with the White House Office of the Executive Clerk, none of these individuals were appointed by the President to the former Commission, however, until the dates reflected in the table above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

*** 

Executed this 13 Day of June 2019.

PHILIP C. DROEGE, DIRECTOR
White House Office of Records Management