# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>     Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY *et al.*,<br><br>     Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

### DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S JUNE 14, 2019, LETTER

Defendants hereby move for leave to file a response to Plaintiff's June 14, 2019, letter (ECF No. 80). This letter contains substantive argument not contemplated by the Court's minute order to which Plaintiff was responding, and Defendants would like the opportunity to respond. Defendants' proposed response is attached to this motion, along with a proposed order.

Undersigned counsel for the Defendants has consulted with counsel for Plaintiff, who advised via email that Plaintiff takes no position on this motion.

WHEREFORE, for the foregoing reasons, Defendants request leave to file the attached response to Plaintiff's June 14, 2019, letter.

Dated: June 17, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-1903
E-mail: carol.federighi@usdoj.gov