**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW DUNLAP,<br><br>           Plaintiff,<br><br>     v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY *et al.*,<br><br>           Defendants. | Civil Docket No. 17-cv-2361 (CKK) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S JUNE 14, 2019, FILING

Plaintiff's five-page, single-spaced letter-brief presenting substantive arguments on the merits of the Court's January 28, 2019, Memorandum Opinion and Order (ECF No. 64) is improper.

First, Plaintiff's filing does not contest the accuracy of the only information to which Plaintiff was authorized to respond, the information in the Second Droege Declaration (ECF No. 79-1). After Defendants submitted a "declaration identifying the dates on which each and every commissioner was appointed to the Commission and, where applicable, resigned from or otherwise left the Commission prior to its termination," Minute Order (Jun. 11, 2019), the Court provided Plaintiff with "an opportunity to respond to Defendants' [declaration] with any further information by June 14, 2019," Minute Order (Jun. 13, 2019). Plaintiff's letter brief does not provide any such "further information"; instead, it concedes that the appointment dates enumerated in the Second Droege Declaration are accurate.