# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW DUNLAP,  *Plaintiff*,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 17-2361 (CKK) |

## NOTICE OF WITHDRAWAL OF ATTORNEY CERISSA CAFASSO

Cerissa Cafasso respectfully withdraws her appearance for Plaintiff in this matter.

Plaintiff will continue to be represented by all other counsel who have entered appearances on its behalf.

Dated: October 21, 2019

Respectfully submitted,

*/s/ Cerissa Cafasso*
Cerissa Cafasso
D.C. Bar No. 1011003
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
cerissa.cafasso@americanoversight.org